FILED

10 AUG 25 PM 4: 20

CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

1  JEFFREY M. SHOHET (Bar No. 067529)
   jeffrey.shohet@dlapiper.com
2  CHRISTOPHER M. YOUNG (Bar No. 163319)
   christopher.young@dlapiper.com
3  DLA PIPER LLP (US)
   401 B Street, Suite 1700
4  San Diego, California 92101
   Tel: 619.699.2700
5  Fax: 619.699.2701

6  Attorneys for Plaintiff in Interpleader Connex
   Railroad LLC
7

8  Marilyn J. Bacon (Bar No. 146839)
   bacon@ernsterlaw.com
9  Ryan K. Marden (Bar No. 217709)
   marden@ernsterlaw.com
10 ERNSTER LAW OFFICES, P.C.
   70 South Lake Avenue, Suite 750
11 Pasadena, California 91101
   Tel: 626.844.8800
12 Fax: 626.844.8944

13 Attorneys for Plaintiff in Interpleader Southern
   California Regional Rail Authority dba Metrolink
14

15 *[Additional Counsel Listed on Signature Page]*

16           UNITED STATES DISTRICT COURT

17           CENTRAL DISTRICT OF CALIFORNIA

18 SOUTHERN CALIFORNIA          CASE NO. **CV10 6365-PA (CSHx)**
   REGIONAL RAIL AUTHORITY dba
19 Metrolink and CONNEX RAILROAD
   LLC,                          **COMPLAINT IN INTERPLEADER
20                               TO ESTABLISH $200 MILLION
                                 FUND FOR CHATSWORTH
21       Plaintiffs/Interpleader  PASSENGERS**
         Fund Creators,
22

23       v.

24 LETICIA MAGDALENO and
   JUVENAL MAGDALENO,
25 individuals; additional named
   defendants listed in Exhibit A; and
26 Does 1 through 10 , inclusive,

27       Defendants/Interpleader
         Fund Claimants.
28

DLA PIPER LLP (US)
   LOS ANGELES

EAST\43222847.6                    COMPLAINT IN INTERPLEADER

**Introduction**

1.   Plaintiffs ("Interpleader Fund Creators") file this interpleader action in order to avoid unnecessary proceedings and create a quick, equitable, and efficient way to compensate all claims asserted by, or on behalf of, injured or deceased Passengers[1] from the train collision in Chatsworth, California on September 12, 2008 involving a Metrolink commuter train and a Union Pacific freight train ("Chatsworth accident").  Twenty-four Passengers died in the Chatsworth accident, and dozens of others were injured and have asserted claims for compensation for their injuries.

2.   The Interpleader Fund Creators have obtained the authority of their insurers to apply their policy reserves to the funding of this Interpleader and will move the Court for an order pursuant to Federal Rule of Civil Procedure 67 for the deposit of $200 million in an approved interest bearing account, to compensate injured Passengers and those claiming damages on account of injured or deceased Passengers of Metrolink train 111 on September 12, 2008 which was involved in the Chatsworth accident (collectively, the "Interpleader Fund Claimants").  The payment to the Interpleader Fund Claimants shall be without regard to fault or liability of the Interpleader Fund Creators, and shall be made upon the release and discharge of the Interpleader Fund Creators and all other persons and entities who have been or possibly could be sued by Interpleader Claimants for death, injury or other damages as a result of the Chatsworth accident, and meet any part of the definitions contained in 49 U.S.C. § 28103(e)(1)[2] (collectively, and together with the Interpleader Fund Creators, the "Released Parties").  The Released Parties specifically include the Los Angeles County Metropolitan Transportation

---

[1] "Passenger" means "passenger" or "rail passenger" as identified in The Amtrak Reform and Accountability Act of 1997 ("Amtrak Reform Act"), 49 U.S.C. § 28103(a)(1) and (2).

[2] 49 U.S.C. § 28103(e)(1): "Amtrak, any high-speed railroad authority or operator, any commuter authority or operator, any rail carrier, or any State; or ... an officer, employee, affiliate engaged in railroad operations, or agent, of Amtrak, any high-speed railroad authority or operator, any commuter authority or operator, any rail carrier, or any State."

1    Authority, the member agencies of the Southern California Regional Rail

2    Authority, Veolia Transportation, Inc., Union Pacific Railroad Company, BNSF

3    Railway Company, Bombardier Transit Corporation, Herzog Contracting, and Mass

4    Electric Construction Corporation.

5        3.    $200 million is the maximum amount available to the Interpleader

6    Fund Claimants because a federal statute places an aggregate limit on Passenger

7    damages of any kind at $200 million arising from any single passenger train

8    accident.  Accordingly, there exists a genuine limited-fund situation.  49 U.S.C. §

9    28103(a)(2).  A limited-fund situation creates the predicate for a statutory

10   interpleader under section 1335(a) of United States Code, title 28.

11       4.    Upon the final determination that the conditions of this interpleader

12   complaint set forth below ("Interpleader Conditions") have been satisfied, the

13   Interpleader Fund Creators and their insurers will have no further right or interest in

14   the interpleader fund and the Court should enter a final order releasing and

15   discharging the Released Parties.  The Interpleader Fund Creators will not dispute

16   in this proceeding that the Interpleader Fund Claimants are entitled to compensation

17   for their injuries in the amounts determined in accordance with the Allocation

18   Procedure (described below) within the full amount of the interpleader fund.  This

19   interpleader will avoid months and perhaps years of litigation over liability and

20   causation issues while making compensation available to Passengers on an

21   expedited basis.

22                           **Parties to the Action**

23       5.    The Plaintiffs to this Action are the Southern California Regional Rail

24   Authority dba Metrolink and Connex Railroad, LLC, collectively the Interpleader

25   Fund Creators.

26       6.    The Defendants to this Action are all known and unknown Interpleader

27   Fund Claimants including, without limitation, those persons and estates identified

28   in Exhibit A (which includes all known Passenger claimants and those claiming

1   damages on account of injured or deceased Passengers) and Does 1-200, inclusive,
2   representing unknown Passenger claimants.

3   **Jurisdiction for Statutory Interpleader**

4        7.     The Court has original federal jurisdiction under section 1335(a) of
5   United States Code, title 28.  The Interpleader Fund Creators are in possession of a
6   limited fund in excess of $500.  The fund is in the form of cash to be deposited with
7   the Court upon the entry of an order pursuant to Federal Rule of Civil Procedure 67
8   payable to the Clerk of the Court with appropriate conditions.

9        8.     The Interpleader Fund Claimants are of diverse citizenship.  Claimants
10  Charles E. Peck, Jr., Daniel John Peck, and Rachel Renee Peck, by and through her
11  guardian ad litem, Maria Peck, reside in Salt Lake City, Utah, and therefore are
12  citizens of the State of Utah.  Claimants Leap Lav and Mey Chao, the wife and
13  daughter of deceased passenger Yi Chao, are citizens of the State of Nevada.
14  Several other claimants, including named claimants Leticia Magdaleno and Juvenal
15  Magdaleno, who reside in the County of Ventura, are citizens of the State of
16  California.  Minimal diversity is satisfied.

17       9.     The dispositive legal issue underlying the interpleader complaint
18  relates to the application and enforcement of the Amtrak Reform Act.  As such, this
19  interpleader also presents a substantial federal question of first impression.

20       10.    The Interpleader Fund Claimants are believed to have conflicting
21  assertions of right to the proceeds of this limited fund.

22       11.    The Interpleader Fund Creators will pay their own attorneys fees and
23  expenses related to the institution and maintenance of the interpleader.  Interpleader
24  Fund Claimants shall be responsible for their own attorneys' fees and expenses.

25  **An Interpleader Solution Would Be Faster and Fairer and Result in Greater**
26  **Compensation to Persons Injured in the Chatsworth Collision**

27       12.    There are overwhelming advantages to both Interpleader Fund
28  Claimants and Interpleader Fund Creators accomplished by this interpleader action.

1  An interpleader should yield a much faster compensation process with many fact-
2  intensive liability and fault-finding issues eliminated.  The award process can move
3  along quickly, perhaps years faster without the needless consumption of time and
4  resources dedicated to the litigation of liability issues and the enforcement of any
5  award arising from such litigation.

6       13.    In light of the provisions of the Amtrak Reform Act and the scope of
7  the damages alleged herein, interpleader is the appropriate method for resolving
8  Passenger claims.

9       14.    There are currently 109 lawsuits pending which arise from the
10 Chatsworth accident, all but a few of which involve Passenger claims.  These
11 lawsuits are pending before the Superior Court of the State of California in and for
12 the County of Los Angeles in a designated coordinated complex proceeding known
13 as the Chatsworth Metrolink Collision Cases ("Passenger Coordinated Litigation").
14 Those Passenger claims should be consolidated into this proceeding.  This
15 interpleader should become the global solution for the compensation of Passengers
16 as it provides for compensation to the Passengers and those claiming damages on
17 their behalf to the maximum amount permitted under the Amtrak Reform Act in
18 exchange for a release for all Released Parties.

19      15.    Upon order of the Court that the conditions of this Interpleader
20 Complaint have been satisfied ("Interpleader Conditions") and that all that remains
21 for the completion of these proceedings is the Interpleader Funding (described
22 below) and allocation and distribution of the interpleader funds to the Interpleader
23 Fund Claimants, the Court shall enter an order and partial final judgment
24 dismissing Interpleader Fund Creators ("Discharge Order").  The Discharge Order
25 and judgment entered thereon shall operate as a full and final release and discharge
26 from any further liability to Interpleader Fund Claimants in favor of all Released
27 Parties.

28 /////

DLA PIPER LLP (US)
LOS ANGELES

EAST\43222847.6

-4-

COMPLAINT IN INTERPLEADER

16.     If the Court determines that any of the Interpleader Conditions has not
or cannot be established, any security for the interpleader will dissolve and be of no
effect, any security, cash or cash equivalents deposited by the Parties shall be
returned to the Interpleader Fund Creators and this interpleader proceeding shall
terminate unless the Interpleader Fund Creators submit a written stipulation with
the Court waiving the failure of the Interpleader Conditions, or any of them, and
electing to proceed with the interpleader.

## The Interpleader Conditions

17.     Unless waived by the Interpleader Fund Creators, the following are the
Interpleader Conditions, each of which shall be determined to have been satisfied
by the Court before the entry of the Discharge Order and Interpleader Funding
(referenced below):  (1) A limited fund interpleader has properly been established
and all known and unknown Interpleader Fund Claimants have been properly
served and are subject to the jurisdiction of this proceeding; (2) the Amtrak Reform
Act limits to $200 million the total aggregate damages awards to Interpleader
Claimants (including punitive damages, attorneys fees, interest and costs) and bars
any claims by Interpleader Claimants, whether known or unknown, asserted or
unasserted, in excess of such amount; (3) by operation of law, the payment of $200
million by the Interpleader Fund Creators through this Interpleader also bars any
claims for indemnity or contribution against the Interpleader Fund Creators and the
Released Parties; (4) upon the entry of the Discharge Order and judgment and
completion of the Interpleader Funding, the Interpleader Fund Creators, the
Released Parties, and all others who are entitled to the protections of the aggregate
damages cap under the Amtrak Reform Act shall have no further liability for, and
are released and discharged from, all claims made or claims that could be made by
Interpleader Fund Claimants arising from the Chatsworth accident, as well as all
persons or entities asserting liens based on payments made, or services provided, to
Interpleader Fund Claimants; and (5) the Court has adopted the Allocation

1    Procedure set forth below for distribution of awards to all Interpleader Fund

2    Claimants that collectively do not exceed $200 million.

3        18.    Upon the expiration of the time for the filing of any appeal from the

4    Discharge Order either (1) without any appeal having been filed; or (2) upon the

5    successful resolution of any appeal(s) by issuance of the mandate affirming in all

6    respects the Discharge Order and judgment thereon, the Discharge Order shall be

7    deemed final (the "Final Discharge Order").

8              **The Interpleader Funding And Allocation Procedure**

9        19.    Within 10 days of the entry of the Final Discharge Order, or such other

10    time period as shall be approved by the Parties or the Court, (the "Interpleader

11    Funding Date"), the cash and accrued interest in the account established to hold the

12    interpleader funds shall be converted to the Chatsworth Metrolink Litigation

13    Qualified Settlement Fund established pursuant to Internal Revenue Code 468B and

14    26 CFR 1.468B-1 at Union Bank of California or such other bank or financial

15    institution approved by the Parties and the court ("Interpleader Funding").

16        20.    Upon the entry of the Final Discharge Order, the Interpleader Fund

17    Creators join in any request made by the Interpleader Claimants that the Court stay

18    further proceedings and transfer responsibility for determining the allocation and

19    distribution of the Interpleader Funding to the Passenger Coordinated Litigation

20    under California state law governing interpleader actions and on terms that this

21    Court, the state court and the Parties shall deem just and appropriate (the

22    "Allocation Procedure"). The Allocation Procedure shall include provisions to

23    ensure the protection of the interests of all persons or entities asserting liens based

24    on payments made, or services provided, to Interpleader Fund Claimants, including

25    without limitation liens asserted by providers of legal services, medical or

26    healthcare services, and by governmental entities, including Medicare.

27    /////

28    /////

## The Federal Aggregate-Damages Statute Creates a Limited Fund

21.    An interpleader or an action in the nature of interpleader requires the presence of a limited fund with actual or potential conflicting claims thereto.  In this case, a federal statute creates a limited-fund situation.

22.    Federal law mandates that the aggregate Passenger damages shall not exceed $200 million against the Released Parties.  The statute reads in relevant part: "The aggregate allowable awards to all rail passengers, against all defendants, for all claims, including claims for punitive damages, arising from a single accident or incident, shall not exceed $200,000,000."  49 U.S.C. § 28103(a)(2).  "Claim" is defined as any claim made against Amtrak, any high-speed railroad authority or operator, any commuter authority or operator, and any rail carrier, and any officers, employees, agents, or affiliates of the same.  49 U.S.C. § 28103(e).

23.    The Interpleader Fund Creators are subject to the federal statute.  They are, variously, a commuter authority, an operator and a rail carrier.  The purpose and expansive language of the Amtrak Reform Act is clearly intended to extend the protections of the Amtrak Reform Act at least to the Released Parties who constitute the agents and/or contractors of the Interpleader Fund Creators.

24.    The Interpleader Fund Claimants are Passengers with actual or potential claims arising from the Chatsworth accident and those claiming damages on account of injured or deceased Passengers.

25.    The Chatsworth accident was a single accident or incident.

26.    The federal damages statute is enforceable and applicable to the Chatsworth accident.  The plain terms of the statute are sufficient and compelling.

27.    The plain language and the legislative history of the aggregate-damages statute confirms the purpose of the statute.  Congress enacted this tort reform to bolster the prospects for the creation, maintenance and extension of publicly-financed commuter transportation.  Congress also recognized the environmental and economic advantages of promoting mass transit by rail.

1    Congress further recognized the mutual dependency of public and private entities in

2    promoting mass transit.  While the aggregate-damages statute is found in the

3    Amtrak Reform Act, the purposes of the statute plainly – and for sound public-

4    policy reasons – extend beyond Amtrak.

5                    **The Interpleader Fund Claimants Will**

6                **Assert Rights to the Same Limited Fund**

7         28.    The Interpleader Fund Claimants have asserted, and are expected to

8    further assert, rights to the proceeds of the limited fund.  Their claims are in good

9    faith believed to be adverse and overlapping.

10        29.    The asserted damages of the Interpleader Fund Claimants reportedly

11   exceed $200 million.  The Interpleader Fund Creators believe in good faith that the

12   Interpleader Fund Claimants will collectively seek over $200 million in

13   compensatory and other damages, thus exceeding the limits of the fund.

14        WHEREFORE, Interpleader Fund Creators respectfully pray for judgment as

15   follows:

16        (A)    That the federal aggregate damages cap, section 28103(a)(2) of

17   United States Code, title 49, be found applicable and sufficient to create the basis

18   for a statutory interpleader action;

19        (B)    That the Court determine that the remaining Interpleader

20   Conditions are appropriate and satisfied as follows:

21             (i)    The payment of $200 million by the Interpleader Fund

22   Creators through this interpleader "was made in good faith" within the meaning of

23   California Code of Civil Procedure Section 877.6 and has the effect of barring

24   claims for contribution and indemnity against the Interpleader Fund Creators and

25   the Released Parties as set forth in California Code of Civil Procedure Section

26   877.6;

27             (ii)   The payment of $200 million by the Interpleader Fund

28   Creators through this interpleader releases the Interpleader Fund Creators and the

1  Released Parties from liability for indemnity or contribution to any third party

2  arising out of any claims which are subject to the Amtrak Reform Act;

3          (iii)   The Los Angeles County Superior Court shall assume

4  responsibility for the Allocation Procedure under California state law governing

5  interpleader actions and on terms that the state court shall deem just and

6  appropriate; and

7          (iv)   The Court shall enter the Discharge Order and Judgment

8  on behalf of the Released Parties, constituting a full and final release of any claims,

9  demands or causes of action whatsoever on behalf of the Interpleader Fund

10  Claimants and any other person or entity claiming any form of relief, including,

11  without limitation, indemnity on account of liability arising from the death or injury

12  of Passengers involved in the Chatsworth accident;

13  /////

14  /////

15  /////

16  /////

17  /////

18  /////

19  /////

20  /////

21  /////

22  /////

23  /////

24  /////

25  /////

26  /////

27  /////

28  /////

DLA PIPER LLP (US)
LOS ANGELES

EAST\43222847.6

-9-

COMPLAINT IN INTERPLEADER

1      (C)    That the Court enter any other relief that it deems just and

2  proper.

3

4  Dated: August 25 2010

5                                              DLA PIPER LLP (US)

6                                              By: _____

7                                              JEFFREY M. SHOHET
                                               CHRISTOPHER M. YOUNG

8                                              D. LEE ROBERTS, JR. (pro hac vice)
                                               WEINBERG, WHEELER, HUDGINS,
9                                              GUNN & DIAL, LLC
                                               6385 South Rainbow Boulevard, Suite 400
10                                             Las Vegas, NV 89118
                                               Tel:  702-938-3838
11                                             Fax:  702-938-3864

12                                             *Attorneys for Plaintiff in Interpleader*
                                               *Connex Railroad LLC*
13

14  Dated: August 25 2010

15                                             ERNSTER LAW OFFICES, P.C.

16

17                                             By _____

18                                             JOHN H. ERNSTER
                                               MARILYN J. BACON
                                               RYAN K. MARDEN

19
                                               *Attorneys for Plaintiff in Interpleader*
20                                             *Southern California Regional Rail Authority*
                                               *dba Metrolink*

21

22

23

24

25

26

27

28

# EXHIBIT A

[NOTE: Identified passengers are separately listed in brackets; individuals and entities listed below a passenger's name are known potential claimants associated with that passenger.]

**[Passenger Joel Aaronson]**
- **Joel Aaronson**
- **Barbara Aaronson**

**[Passenger Karen Abed]**
- **Karen Abed**

**[Passenger Daniel Aiello]**
- **Daniel Aiello**
- **Amanda Aiello**

**[Passenger Christopher Aiken]**
- **Estate of Christopher Aiken**, by and through its successor in interest Sharon R. Aiken
- **Sharon R. Aiken**, individually, and as guardian ad litem for Kaitlin B. Trevett and Samantha A. Trevett, and as successor in interest to the Estate of Christopher Aiken
- **Kaitlin B. Trevett**, a minor, by guardian ad litem Sharon R. Aiken
- **Samantha A. Trevett**, a minor, by guardian ad litem Sharon R. Aiken
- **Thaddeaus Berry**

**[Passenger Robin Akers]**
- **Robin Akers**
- **Jenyfer Akers**

**[Passenger Gerald L. Akins]**
- **Gerald L. Akins**
- **Angelina Akins**

**[Passenger Jose Martin Alcaraz (aka Daniel Sosa)]**
- **Jose Martin Alcaraz (aka Daniel Sosa)**

**[Passenger Dennis Arnold]**
- **Estate of Dennis Arnold**, by and through its personal representative Maria Luisa Arnold
- **Maria Luisa Arnold**, individually and as personal representative of Estate of Dennis Arnold
- **Scott M. Noble**
- **Jeanette Arnold Noble**

[Passenger Donald M. Ashman]
- Donald M. Ashman
- Ellen Ashman

[Passenger Jenny Baarstad]
- Jenny Baarstad

[Passenger Michelle Baker]
- Michelle Baker
- Brian Baker

[Passenger Joseph Binggeli]
- Joseph Binggeli

[Passenger Valerie Bekeny]
- Valerie Bekeny

[Passenger Alan Bell]
- Alan Bell

[Passenger Ernest Bishop]
- Ernest Bishop

[Passenger Phillip Bleau]
- Phillip Bleau

[Passenger David Bostwick]
- David Bostwick

[Passenger Dean LaFoy Brower]
- Estate of Dean LaFoy Brower
- Kimberly Sue Brower, individually and as guardian ad litem for William LaFoy Brower and Armando Ramos-Brower
- Lindsey E. Brower-Wilson
- William LaFoy Brower, an incompetent adult, by his guardian ad litem Kimberly Sue Brower
- Armando Ramos-Brower, an incompetent adult, by his guardian ad litem Kimberly Sue Brower

[Passenger Greg Brown]
- Greg Brown

**[Passenger Alan Buckley]**
- **Estate of Alan Buckley,** by its successors in interest Jeffrey Buckley and Diane Adair
- **Jeffrey Buckley,** individually and as successor in interest of Alan Buckley
- **Diane Adair,** individually and as successor in interest of Alan Buckley
- **Patricia Buckley**

**[Passenger Stephen Burch]**
- **Stephen Burch**
- **Patricia Burch**

**[Passenger John A. Carey]**
- **John A. Carey**

**[Passenger Pedro Castillo]**
- **Pedro Castillo**

**[Passenger David Castro]**
- **David Castro**
- **Raquel Castro**

**[Passenger Wilfredo Castro]**
- **Wilfredo Castro**

**[Passenger Paul Chaton]**
- **Paul Chaton**

**[Passenger Yi Chao]**
- **Estate of Yi Chao**
- **Kong Chao,** individually, as Special Administrator of the Estate of Yi Chao, and on behalf of the survivors, heirs and beneficiaries of Yi Chao
- **Leap Lav,** individually and as successor in interest to Estate of Yi Chao
- **Caryn Chao**
- **Chi Vouy Chao**
- **Mey Chao**

**[Passenger Patricia Chelius]**
- **Patricia Chelius**

**[Passenger Suzanne Coane]**
- **Suzanne Coane**

**[Passenger Ray Conklin]**
- **Ray Conklin**
- **Lynne Conklin**

EAST\43314454.1

-13-

**[Passenger Jeremy Conyers]**
- **Jeremy Conyers**

**[Passenger Enriqueta Coronado**
- **Enriqueta Coronado**

**[Passenger Nicholas S. Cotsis]**
- **Nicholas S. Costis**
- **Sylvia Cotsis**

**[Passenger Albert Cox]**
- **Albert Cox**
- **Marianne Cox**

**[Passenger Louis Cruz Aldana]**
- **Louis Cruz Aldana**
- **Iris Cruz**

**[Passenger Gustavo DeAlba]**
- **Gustavo De Alba**

**[Passenger Spree DeSha]**
- **Estate of Spree DeSha,** by Administrator Laura Gerritsen and survivors Alan Moran and Sha Moran
- **Laura Gerritsen,** individually and as Administrator of Estate of Spree DeSha
- **Alan Moran,** individually and as survivor of Spree DeSha
- **Sha Moran,** individually and as survivor of Spree DeSha

**[Passenger David Dolnick]**
- **David Dolnick**

**[Passenger Tim Donis]**
- **Tim Donis**

**[Passenger Scott Doran]**
- **Scott Doran**
- **Cordelia G. Doran**

**[Passenger Alfred Dutra]**
- **Alfred Dutra**

**[Passenger John Mark Ebert]**
- **John Mark Ebert**
- **Susan Ebert**

**[Passenger Paulo Cesar Reyes Espinosa]**
- **Paulo Cesar Reyes Espinosa**

**[Passenger Frederick Stephen Fetchet]**
- **Frederick Stephen Fetchet**
- **Catherine S. Fetchet**

**[Passenger Eric G. Forbes]**
- **Eric G. Forbes**

**[Passenger John Freel]**
- **John Freel**
- **Evelyn Freel**

**[Passenger Walter Arney Fuller]**
- **Estate of Walter Arney Fuller**
- **Jennifer Anne Fuller**, individually and as successor in interest to Walter Arney Fuller
- **Kelly Ann Loftis**, individually and as successor in interest to Walter Arney Fuller
- **Kristi Fuller**, individually and as successor in interest to Walter Arney Fuller
- **Casey Fuller**, individually and as successor in interest to Walter Arney Fuller

**[Passenger Patricia Galtress]**
- **Patricia Galtress**

**[Passenger Budiman Gondosubroto]**
- **Budiman Gondosubroto**

**[Passenger Carmen Gonzalez]**
- **Carmen Gonzalez**

**[Passenger Ronald Grace]**
- **Estate of Ron Grace**, through his Survivors Janice Grace, Brian Grace, and Andrew Grace
- **Janice Grace**, individually and as survivor of Ron Grace
- **Brian Grace**, individually and as survivor of Ron Grace
- **Andrew Grace**, individually and as survivor of Ron Grace

**[Passenger Brandon Gray]**
- **Brandon Gray**
- **Sylvia Gray**

**[Passenger Seamus Gray]**
- **Seamus Gray**

**[Passenger Karen Hamilton]**
- **Karen Hamilton**

**[Passenger Michael Hammersley]**
- **Estate of Michael Hammersley**
- **Patricia Hammersley**, individually and as successor in interest to the Estate of Michael Hammersley

**[Passenger Jocelyn Harris]**
- **Jocelyn Harris**

**[Passenger Kimberly Hartzog]**
- **Kimberly Hartzong**

**[Passenger Michael Harvey]**
- **Michael Harvey**

**[Passenger Norma Gomez Haverstock]**
- **Norma Gomez Haverstock**
- **Frank Haverstock**

**[Passenger Jacob Hefter]**
- **Estate of Jacob Hefter**
- **Alan Lee Hefter**, individually and as successor in interest to Jacob Alan Hefter
- **Angela Rose Hefter**, individually and as successor in interest to Jacob Alan Hefter

**[Passenger Lyrik Hightower]**
- **Lyrik Hightower**

**[Passenger Dale Hoagland]**
- **Dale Hoagland**
- **Martha Hoagland**

**[Passenger John Hodgkinson]**
- **John Hodgkinson**

**[Passenger Chen Wyan "Kari" Hsieh]**
- **Estate of Chen Wyan "Kari" Hsieh**, by its successor in interest Tien Shen Hsieh
- **Tien Shen Hsieh**, individually and as successor in interest to Estate of Chen Wyan "Kari" Hsieh
- **Hsiu Lien Yeh**
- **Sophia Yuan Hsieh**

EAST\43314454.1

-16-

**[Passenger James Hugo]**
- **James Hugo**
- **Lorraine Hugo**

**[Passenger Maria Kapamas]**
- **Maria Kapamas**

**[Passenger Gary S. Katzman]**
- **Gary S. Katzman**

**[Passenger Ernest "Pete" Kish]**
- **Estate of Ernest Kish**
- **Janice M. Kish**, individually and as guardian ad litem to Lori Kish
- **Alex Kish**
- **Lori Kish**, a minor, by her guardian ad litem Janice M. Kish

**[Passenger Michael Kloster]**
- **Michael Kloster**
- **Christi Kloster**

**[Passenger Nancy Kniep]**
- **Nancy Kniep**

**[Passenger Frank Kohler]**
- **Frank Kohler**

**[Passenger Kipp Landis]**
- **Kipp Landis**
- **Charee Landis**

**[Passenger Steven Lindell]**
- **Steven Lindell**

**[Passenger Gregory Lintner]**
- **Estate of Gregory Lintner**
- **Michelle Lintner**, individually, as guardian ad litem for Andrew Gregory Lintner
- **Andrew Gregory Lintner**, a minor, by his guardian ad litem Michelle Lintner

**[Passenger Devin M. Long]**
- **Devin M. Long**, a minor, by his guardian ad litem, Karen S. Long

**[Passenger Karen S. Long]**
- **Karen S. Long**

[Passenger Paul Long]
- **Estate of Paul S. Long**
- **Karen S. Long**, individually, as guardian ad litem of Devin M. Long, and as Surviving Heir and successor in interest to Paul S. Long
- **Devin M. Long**, a minor, by his guardian ad litem Karen S. Long, individually and as Surviving Heir and successor in interest to Paul S. Long

[Passenger Kathryn Longawa]
- **Kathryn Longawa**

[Passenger Steve Longhorn]
- **Steve Longhorn**

[Passenger Gary Lopez]
- **Gary Lopez**
- **Sandra Lopez**

[Passenger Manual Macias Jr.]
- **Estate of Manuel Macias Jr.**, by its successor in interest Cynthia Macias
- **Cynthia Macias**, individually and as successor in interest to Manuel Macias Jr.

Passenger Victoria Madison]
- **Victoria Madison**

[Passenger Aida Magdaleno]
- **Estate of Aida Magdaleno**
- **Juvenal Magdaleno**
- **Leticia Magdaleno**

[Passenger Leslie Mainwal]
- **Leslie Mainwal**

[Passenger Antonio Martinez Jr.]
- **Antonio Martinez Jr.**

[Passenger Blesilda Masatani]
- **Blesilda Masatani**

[Passenger Michael McDonald]
- **Michael McDonald**
- **Victoria McDonald**

[Passenger Michael R. McReynolds]
- Michael McReynolds
- Kathy McReynolds

[Passenger Theresa Meehan]
- Theresa Meehan

[Passenger Paula A. Mills]
- Paula A. Mills
- Robert Randall

[Passenger Rachael Mofya]
- Rachael Mofya

[Passenger Beverley Mosley]
- Estate of Beverly Mosley
- Thomasina M. Mosley
- Nicole P. Mosley, individually and as guardian ad litem for Kingston S. Ifield
- Kingston S. Ifield, a minor, by his guardian ad litem Nicole P. Mosley

[Passenger Richard Myles]
- Richard Myles
- Helen Myles

[Passenger Marcia Nalivansky]
- Marcia Nalivansky
- Albert Nalivansky

[Passenger Norman Nicholson]
- Norman Nicholson

[Passenger Francisco Ocampo]
- Francisco Ocampo

[Passenger Leonardo Pabro]
- Leonardo Pabro

[Passenger Gina Paduano]
- Gina Paduano

[Passenger Teneal Page]
- Teneal Page

[Passenger James A. Paulson]
- James A. Paulson
- Nanci Paulson

[Passenger Charles E. Peck]
- Estate of Charles E. Peck
- Charles E. Peck Jr.
- Daniel John Peck
- Rachel Renee Peck, an incompetent adult, by her guardian ad litem Maria Peck
- Maria Peck, as guardian ad litem for Rachel Renee Peck
- Andrea Katz

[Passenger John Perdigao]
- John Perdiagao

[Passenger Arnold Peterson]
- Arnold Peterson
- Anna Peterson

[Passenger Charles Pfhul]
- Charles Pfhul

[Passenger Howard Pompel]
- Estate of Howard Pompel
- Rebecca Pompel
- Stuart Pompel
- Barry Winston
- Clifford Pompel
- Annette Conway
- Allie Parnell

[Passenger Philip M. Pratt]
- Philip M. Pratt

[Passenger Laura Prieto Ramirez]
- Laura Prieto Ramirez

[Passenger Aurora Prieto]
- Aurora Prieto
- Heliodoro Prieto

[Passenger Ravindra Ramachandran]
- Ravindra Ramachandran

**[Passenger Carolyn Rambo]**
- **Carolyn Rambo**

**[Passenger Robyn Rayburn]**
- **Robyn Rayburn**

**[Passenger Judith E. Reel]**
- **Judith Reel**

**[Passenger Donna Lynn Remata]**
- **Estate of Donna Lynn Remata,** by its successor in interest to Donna Lynn Remata
- **Lawrence G. Remata,** individually, as guardian ad litem for Tiffany Remata, and as successor in interest to Donna Lynn Remata
- **Lawrence G. Remata II**
- **Tiffany Remata,** a minor, by her guardian ad litem Lawrence G. Remata

**[Passenger Robert Reeves]**
- **Robert Reeves**

**[Passenger Mike Roark]**
- **Mike Roark**

**[Passenger Chad Russo]**
- **Chad Russo**

**[Passenger Mary Sachs]**
- **Mary Sachs**

**[Passenger Cheryl F. Santor]**
- **Cheryl F. Santor**
- **Louis J. Santor**

**[Passenger Jeremy Schneider]**
- **Jeremy Schneider**

**[Passenger Carol Shandor]**
- **Carol Shandor**

**[Passenger Kumar Shankar]**
- **Kumar Shankar**
- **Anita Shankar**

**[Passenger Richard Slavett]**
- **Richard Slavett**

**[Passenger Doug Smith]**
- **Doug Smith**

**[Passenger Doyle Jay Souser]**
- **Estate of Doyle Jay Souser,** by its Executor Claudia Souser
- **Claudia Souser,** individually, as guardian ad litem for Zachary Souser and McKenzie Souser, and as Executor of the Estate of Doyle Jay Souser
- **Kelsey Souser**
- **Zachary Souser,** a minor, by his guardian ad litem Claudia Souser
- **McKenzie Souser,** a minor, by her guardian ad litem Claudia Souser

**[Passenger Roger Spacey]**
- **Estate of Roger Spacey**
- **Elizabeth Spacey,** individually and as successor in interest to Roger Spacey
- **Christopher Spacey**
- **Matthew Spacey**

**[Passenger Tim Stafford]**
- **Tim Stafford**

**[Passenger Eric Summers]**
- **Eric Summers**

**[Passenger Sheldon Swickard]**
- **Sheldon Swickard**
- **Janise Swickard**

**[Passenger Greg Tevis]**
- **Greg Tevis**

**[Passenger Phillip Thiele]**
- **Phillip Thiele**
- **Magda Thiele**

**[Passenger Gracilda Tejero Tiu]**
- **Gracilda Tejero Tiu**
- **Jay Tiu**
- **Pomenio D. Tejero**
- **Victoria R. Tejero**

**[Passenger Amy Trujillo]**
- **Amy Trujillo**

**[Passenger Penny Tunney]**
- **Penny Tunney**

**[Passenger Christina Ventura]**
- **Christina Ventura**

**[Passenger Victor Villa]**
- **Victor Villa**

**[Passenger Maria E. Villalobos]**
- **Estate of Maria E. Villalobos**, by its successors in interest
- **Gonzalo Villalobos**, individually and as successor in interest to Maria E. Villalobos
- **Belen Moya Villalobos**, individually and as successor in interest to Maria E. Villalobos

**[Passenger Atul Vyas]**
- **Estate of Atul Vyas**
- **Vijay Vyas**, individually and as successor in interest to Atul Vyas
- **Ruby Vyas**, individually and as successor in interest to Atul Vyas
- **Aseem Vyas**, individually and as successor in interest to Atul Vyas

**[Passenger Austin Walbridge]**
- **Austin Walbridge**

**[Passenger Dr. Mandy J. Ward]**
- **Dr. Many J. Ward**

**[Passenger Kristen Waterbury]**
- **Kristen Waterbury**

**[Passenger Beatrice Watts]**
- **Beatrice Watts**
- **Paul Watts**

**[Passenger Eric Welling]**
- **Eric Welling**
- **Anna Welling**

**[Passenger Curtis Whitney]**
- **Curtis Whitney**

**[Passenger Michael Widerkehr (sometimes Weiderkehr)]**
- **Michael Widerkehr** (sometimes Weiderkehr)
- **Helen Widerkehr** (sometimes Weiderkehr)

**[Passenger Jeff Zoumbaris]**
- **Jeff Zoumbaris**
- **Barbara Zoumbaris**

**[Passenger Vincent P. Zurzolo]**
- **Vincent P. Zurzolo**
- **Dana Zurzolo**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Stephen J. Hillman.

The case number on all documents filed with the Court should read as follows:

## CV10- 6365 PA (SHx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN CALIFORNIA REGIONAL RAIL )
AUTHORITY dba Metrolink and CONNEX )
RAILROAD LLC, )
_____ )
Plaintiffs/Interpleader Fund Creators, )   Civil Action No. CV10 6365-PA (SHx)
v. )
LETICIA MAGDALENO and JUVENAL )
MAGDALENO, individuals; additional named )
defendants listed in Exhibit A; and Does 1 through )
10 , inclusive, )
_____ )
*Defendants/Interpleader Fund Claimants.*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey M. Shohet
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

SEAL

Date: August 25 , 2010

MARILYN DAVIS
*Signature of Clerk or Deputy Clerk*



American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:


American LegalNet, Inc.
www.FormsWorkFlow.com

## EXHIBIT A

[NOTE:  Identified passengers are separately listed in brackets; individuals and entities listed below a passenger's name are known potential claimants associated with that passenger.]

**[Passenger Joel Aaronson]**
- **Joel Aaronson**
  *c/o Newman Aaronson Vanaman*
  *14001 Ventra Blvd.*
  *Sherman Oaks, CA 91423*
  *Phone: 818.990.7722*
  *Fax: 818.501.1306*
- **Barbara Aaronson**
  *c/o Newman Aaronson Vanaman*
  *14001 Ventra Blvd.*
  *Sherman Oaks, CA 91423*
  *Phone: 818.990.7722*
  *Fax: 818.501.1306*

**[Passenger Karen Abed]**
- **Karen Abed**

**[Passenger Daniel Aiello]**
- **Daniel Aiello**
  *c/o Owen Patterson & Owen*
  *23822 West Valencia Blvd., Ste 201*
  *Valencia, CA 91355*
  *Phone: 661.799.3899*
  *Fax: 661.799.2774*
- **Amanda Aiello**
  *c/o Owen Patterson & Owen*
  *23822 West Valencia Blvd., Ste 201*
  *Valencia, CA 91355*
  *Phone: 661.799.3899*
  *Fax: 661.799.2774*

**[Passenger Christopher Aiken]**

- **Estate of Christopher Aiken**, by and through its successor in interest Sharon R. Aiken
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St., 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

- **Sharon R. Aiken**, individually, and as guardian ad litem for Kaitlin B. Trevett and Samantha A. Trevett, and as successor in interest to the Estate of Christopher Aiken
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St., 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

- **Kaitlin B. Trevett**, a minor, by guardian ad litem Sharon R. Aiken
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St., 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

- **Samantha A. Trevett**, a minor, by guardian ad litem Sharon R. Aiken
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St., 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

- **Thaddeaus Berry**
  *c/o Girardi Keese*
  *1126 Wilshire Blvd.*
  *Los Angeles, CA 90017*
  *Phone: 213.977.0211*
  *Fax: 213.481.1554*

**[Passenger Robin Akers]**
- **Robin Akers**
  *c/o Law Offices of Michael L. Oran*
  *800 Wilshire Blvd., Ste 500*
  *Los Angeles, CA 90071*
  *Phone: 213.624.1177*
  *Fax: 213.624.1161*
- **Jenyfer Akers**
  *c/o Law Offices of Michael L. Oran*
  *800 Wilshire Blvd, Ste 500*
  *Los Angeles, CA 90071*
  *Phone: 213.624.1177*
  *Fax: 213.624.1161*

**[Passenger Gerald L. Akins]**
- **Gerald L. Akins**
  *c/o Grassini & Winkle*
  *20750 Ventura Blvd., Ste 221*
  *Woodland Hills, CA 91364*
  *Phone: 818.348.1717*
  *Fax: 818.348.7921*
- **Angelina Akins**
  *c/o Grassini & Winkle*
  *20750 Ventura Blvd., Ste 221*
  *Woodland Hills, CA 91364*
  *Phone: 818.348.1717*
  *Fax: 818.348.7921*

**[Passenger Jose Martin Alcaraz (aka Daniel Sosa)]**
- **Jose Martin Alcaraz (aka Daniel Sosa)**
  *c/o Esquire Law Firm*
  *300 W. Glen Oaks Blvd., Ste 106*
  *Glendale, CA 91202*
  *Phone: 818.500.9881*
  *Fax: 818.500.9886*

**[Passenger Dennis Arnold]**
- **Estate of Dennis Arnold,** by and through its personal representative Maria Luisa Arnold
  *c/o Smith Chapman & Campbell*
  *1800 North Broadway, Ste 200*
  *Santa Ana, CA 92706*
  *Phone: 714.550.7720*
- **Maria Luisa Arnold,** individually and as personal representative of Estate of Dennis Arnold
  *c/o Smith Chapman & Campbell*
  *1800 North Broadway, Ste 200*
  *Santa Ana, CA 92706*
  *Phone: 714.550.7720*
- **Scott M. Noble**
  *c/o Smith Chapman & Campbell*
  *1800 North Broadway, Ste 200*
  *Santa Ana, CA 92706*
  *Phone: 714.550.7720*
- **Jeanette Arnold Noble**
  *c/o Smith Chapman & Campbell*
  *1800 North Broadway, Ste 200*
  *Santa Ana, CA 92706*
  *Phone: 714.550.7720*

**[Passenger Donald M. Ashman]**
- **Donald M. Ashman**
  *c/o Manfredi, Levine, Eccles, Miller & Lanson APC*
  *3262 E. Thousand Oaks Blvd., Ste 200*
  *Westlake Village, CA 91362-3400*
  *Phone: 805.379.1919*
  *Fax: 805.379.3819*
- **Ellen Ashman**
  *c/o Manfredi, Levine, Eccles, Miller & Lanson APC*
  *3262 E. Thousand Oaks Blvd., Ste 200*
  *Westlake Village, CA 91362-3400*
  *Phone: 805.379.1919*
  *Fax: 805.379.3819*

**[Passenger Jenny Baarstad]**
- **Jenny Baarstad**
  *c/o Myers, Widders, Gibson, Jones & Schneider*
  *5425 Everglades Street*
  *Ventura, CA 93003*
  *Phone: 805.644.7188*
  *Fax: 805.650.5177*

**[Passenger Michelle Baker]**
- **Michelle Baker**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*
- **Brian Baker**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger Joseph Binggeli]**
- **Joseph Binggeli**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger Valerie Bekeny]**
- **Valerie Bekeny**
  *4811 Penrose Ave*
  *Moorpark, CA 93021-2441*

**[Passenger Alan Bell]**
- **Alan Bell**
  *8011 Front Beach Road # 1801*
  *Panama City Beach, Florida 32407*

**[Passenger Ernest Bishop]**
- **Ernest Bishop**
  *1753 College View Pl.*
  *Los Angeles, CA 90041-3227*
  *Phone: 323.255.9310*

**[Passenger Phillip Bleau]**
- **Phillip Bleau**
  *442 7th San Jacinto*
  *San Jacinto, CA 92583*

**[Passenger David Bostwick]**
- **David Bostwick**
  *832 Lois Lane*
  *Fullerton, CA 92832*

**[Passenger Dean LaFoy Brower]**
- **Estate of Dean LaFoy Brower**
  *c/o Cartwright, Scruggs, Fulton & Walther*
  *340 Soquel Ave, Ste 215*
  *Santa Cruz, CA 95062*
  *Phone: 831.457.1700*
  *Fax: 831.457.3788*
- **Kimberly Sue Brower**, individually and as guardian ad litem for William LaFoy Brower and Armando Ramos-Brower
  *c/o Cartwright, Scruggs, Fulton & Walther*
  *340 Soquel Ave, Ste 215*
  *Santa Cruz, CA 95062*
  *Phone: 831.457.1700*
  *Fax: 831.457.3788*
- **Lindsey E. Brower-Wilson**
  *c/o Cartwright, Scruggs, Fulton & Walther*
  *340 Soquel Ave, Ste 215*
  *Santa Cruz, CA 95062*
  *Phone: 831.457.1700*
  *Fax: 831.457.3788*
- **William LaFoy Brower**, an incompetent adult, by his guardian ad litem Kimberly Sue Brower
  *c/o Cartwright, Scruggs, Fulton & Walther*
  *340 Soquel Ave, Ste 215*
  *Santa Cruz, CA 95062*
  *Phone: 831.457.1700*
  *Fax: 831.457.3788*
- **Armando Ramos-Brower**, an incompetent adult, by his guardian ad litem Kimberly Sue Brower
  *c/o Cartwright, Scruggs, Fulton & Walther*
  *340 Soquel Ave, Ste 215*
  *Santa Cruz, CA 95062*
  *Phone: 831.457.1700*
  *Fax: 831.457.3788*

**[Passenger Greg Brown]**
- **Greg Brown**
  *c/o Law Offices of Michael L. Oran*
  *800 Wilshire Blvd., Ste 500*
  *Los Angeles, CA 90071*
  *Phone: 213.624.1177*
  *Fax: 213.624.1161*

EAST\43314684.1

-8-

**[Passenger Alan Buckley]**
- **Estate of Alan Buckley,** by its successors in interest Jeffrey Buckley and Diane Adair
  *c/o Aitken Aitken Cohn*
  *3 Macarthur Place, Ste 800*
  *Santa Ana, CA 92707-2555*
  *Phone: 714.434.1424*
  *Fax: 714.434.3600*
- **Jeffrey Buckley,** individually and as successor in interest of Alan Buckley
  *c/o Aitken Aitken Cohn*
  *3 Macarthur Place, Ste 800*
  *Santa Ana, CA 92707-2555*
  *Phone: 714.434.1424*
  *Fax: 714.434.3600*
- **Diane Adair,** individually and as successor in interest of Alan Buckley
  *c/o Aitken Aitken Cohn*
  *3 Macarthur Place, Ste 800*
  *Santa Ana, CA 92707-2555*
  *Phone: 714.434.1424*
  *Fax: 714.434.3600*
- **Patricia Buckley**
  *15185 B. Marquette*
  *Moorpark, CA 92012*

**[Passenger Stephen Burch]**
- **Stephen Burch**
  *c/o Hiepler & Hiepler*
  *500 Esplanade Drive, Ste 1550*
  *Oxnard, CA 93036*
  *Phone: 805.988.5833*
  *Fax: 805.988.5828*
- **Patricia Burch**
  *c/o Hiepler & Hiepler*
  *500 Esplanade Drive, Ste 1550*
  *Oxnard, CA 93036*
  *Phone: 805.988.5833*
  *Fax :805.988.5828*

**[Passenger John A. Carey]**
- **John A. Carey**
  *c/o Law Offices of John H. Howard*
  *3585 Maple Street, Ste 220*
  *Ventura, CA 93003*
  *Phone: 805.644.5894*
  *Fax: 805.644.6482*

  *c/o Law Offices of J. Jeffrey Herman*
  *500 Esplanade Drive, Ste 600*
  *Oxnard, CA 93036*
  *Phone: 805.983.2344*
  *Fax: 805.983.6321*

**[Passenger Pedro Castillo]**

- **Pedro Castillo**
  *c/o Moreno & Perez*
  *714 West Olympic Blvd., Ste 450*
  *Los Angeles, CA 90015*
  *Phone: 213.745.6300*
  *Fax: 213.745.6060*

**[Passenger David Castro]**

- **David Castro**
  *c/o Engstrom, Lipscomb & Lack*
  *10100 Santa Monica Blvd., 12th Floor*
  *Los Angeles, CA 90067*
  *Phone: 310.552.3800*
  *Fax: 310.552.9434*
- **Raquel Castro**
  *c/o Engstrom, Lipscomb & Lack*
  *10100 Santa Monica Blvd., 12th Floor*
  *Los Angeles, CA 90067*
  *Phone: 310.552.3800*
  *Fax: 310.552.9434*

**[Passenger Wilfredo Castro]**

- **Wilfredo Castro**
  *c/o Law Offices of Scott J. Nord*
  *500 N. Brand Blvd., Ste 550*
  *Glendale, CA 91203*
  *Phone: 818.553.8074*
  *Fax: 818.553.8075*

**[Passenger Paul Chaton]**

- **Paul Chaton**
  *11591 Gentlewood Dr.*
  *Moorpark, CA 93021*

**[Passenger Yi Chao]**

- **Estate of Yi Chao**
  *c/o Baum Hedlund Aristei & Goldman*
  *12100 Wilshire Blvd., Ste 950*
  *Los Angeles, CA 90025-7114*
  *Phone: 310.207.3233*
  *Fax: 310.820.7444*

- **Kong Chao,** individually, as Special Administrator of the Estate of Yi Chao, and on behalf of the survivors, heirs and beneficiaries of Yi Chao
  *c/o Baum Hedlund Aristei & Goldman*
  *12100 Wilshire Blvd., Ste 950*
  *Los Angeles, CA 90025-7114*
  *Phone: 310.207.3233*
  *Fax: 310.820.7444*

- **Leap Lav**, individually and as successor in interest to Estate of Yi Chao
  *c/o Robinson, Calcagnie & Robinson*
  *620 Newport Center Drive, 7th Floor*
  *Newport Beach, CA 92660*
  *Phone: 949.720.1288*
  *Fax: 949.720.1292*

  *c/o Perona, Langer, Beck & Serbin*
  *300 E. San Antonio Drive*
  *Long Beach, CA 90807-0948*
  *Phone: 562.426.6155*
  *Fax: 562.490.9823*

- **Caryn Chao**
  *c/o Baum Hedlund Aristei & Goldman*
  *12100 Wilshire Blvd., Ste 950*
  *Los Angeles, CA 90025-7114*
  *Phone: 310.207.3233*
  *Fax: 310.820.7444*

- **Chi Vouy Chao**
  *c/o Robinson, Calcagnie & Robinson*
  *620 Newport Center Drive, 7th Floor*
  *Newport Beach, CA 92660*
  *Phone: 949.720.1288*
  *Fax: 949.720.1292*

  *c/o Perona, Langer, Beck & Serbin*
  *300 E. San Antonio Drive*
  *Long Beach, CA 90807-0948*
  *Phone: 562.426.6155*
  *Fax: 562.490.9823*

- **Mey Chao**
  *c/o Robinson, Calcagnie & Robinson*
  *620 Newport Center Drive, 7th Floor*
  *Newport Beach, CA 92660*
  *Phone: 949.720.1288*
  *Fax: 949.720.1292*

  *c/o Perona, Langer, Beck & Serbin*
  *300 E. San Antonio Drive*
  *Long Beach, CA 90807-0948*
  *Phone: 562.426.6155*
  *Fax: 562.490.9823*

**[Passenger Patricia Chelius]**
- **Patricia Chelius**
  *2087 Stoneman*
  *Simi Valley, CA 93065*
  *Phone: 805.204.7147*

**[Passenger Suzanne Coane]**
- **Suzanne Coane**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.652.6400*
  *Fax: 323.669.8549*

**[Passenger Ray Conklin]**
- **Ray Conklin**
  *c/o Law Offices of Victor L. George*
  *20355 Hawthorne Blvd., First Floor*
  *Torrance, CA 90503*
  *Phone: 310.698.0990*
  *Fax: 310.698.0995*
- **Lynne Conklin**
  *c/o Law Offices of Victor L. George*
  *20355 Hawthorne Blvd., First Floor*
  *Torrance, CA 90503*
  *Phone: 310.698.0990*
  *Fax: 310.698.0995*

**[Passenger Jeremy Conyers]**
- **Jeremy Conyers**
  *c/o Owen Patterson & Owen*
  *23822 West Valencia Blvd., Ste 201*
  *Valencia, CA 91355*
  *Phone: 661.799.3899*
  *Fax: 661.799.2774*

**[Passenger Enriqueta Coronado]**
- **Enriqueta Coronado**
  *c/o Myers, Widders, Gibson, Jones & Schneider*
  *5425 Everglades Street*
  *Ventura, CA 93003*
  *Phone: 805.644.7188*
  *Fax: 805.650.5177*

**[Passenger Nicholas S. Cotsis]**
- **Nicholas S. Cotsis**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*
- **Sylvia Cotsis**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger Albert Cox]**
- **Albert Cox**
  *c/o Stoll Nussbaum & Polakov*
  *11601 Wilshire Blvd., Ste 200*
  *Los Angeles, CA 90025*
  *Phone: 310.996.7500*
  *Fax: 310.575.4353*
- **Marianne Cox**
  *c/o Stoll Nussbaum & Polakov*
  *11601 Wilshire Blvd., Ste 200*
  *Los Angeles, CA 90025*
  *Phone: 310.996.7500*
  *Fax: 310.575.4353*

**[Passenger Louis Cruz Aldana]**
- **Louis Cruz Aldana**
  *c/o Law Office of Wayne McClean*
  *24025 Park Sorrento, Ste 220*
  *Calabasas, CA 91302-4006*
  *Phone: 818.225.7007*
  *Fax: 818.225.7557*

  *c/o Law Office of Louis B. Robman*
  *5700 Corsa Avenue, Ste 200*
  *Westlake Village, CA 91362*
  *Phone: 818.706.2543*
  *Fax: 818.706.8738*
- **Iris Cruz**
  *c/o Law Office of Wayne McClean*
  *24025 Park Sorrento, Ste 220*
  *Calabasas, CA 91302-4006*
  *Phone: 818.225.7007*
  *Fax: 818.225.7557*

  *c/o Law Office of Louis B. Robman*
  *5700 Corsa Avenue, Ste 200*
  *Westlake Village, CA 91362*
  *Phone: 818.706.2543*
  *Fax: 818.706.8738*

**[Passenger Gustavo De Alba]**
- **Gustavo De Alba**
  *c/o Law Office of Jacob Sverdlov*
  *15250 Ventura Blvd., Ste 1220*
  *Sherman Oaks, CA 91403*
  *Phone: 818.501.1166*
  *Fax: 818.501.1175*

**[Passenger Spree DeSha]**
- **Estate of Spree DeSha,** by Administrator Laura Gerritsen and survivors Alan Moran and Sha Moran
  *c/o Law Offices of Lisa L. Maki*
  *1111 South Grand Avenue, Ste 101*
  *Los Angeles, CA 90015*
  *Phone: 213.745.9511*
  *Fax: 213.745.9611*
- **Laura Gerritsen,** individually and as Administrator of Estate of Spree DeSha
  *c/o Law Offices of Lisa L. Maki*
  *1111 South Grand Avenue, Ste 101*
  *Los Angeles, CA 90015*
  *Phone: 213.745.9511*
  *Fax: 213.745.9611*
- **Alan Moran,** individually and as survivor of Spree DeSha
  *c/o Law Offices of Ledger & Associates*
  *100 Bayview Circle, Ste 315*
  *Newport Beach, CA 92660*
  *Phone: 949.442.4333*
  *Fax: 800.442.2502*
- **Sha Moran,** individually and as survivor of Spree DeSha
  *c/o Girardi Keese*
  *1126 Wilshire Blvd.*
  *Los Angeles, CA 90017*
  *Phone: 213.977.0211*
  *Fax: 213.481.1554*

**[Passenger David Dolnick]**
- **David Dolnick**
  *c/o Law Office of Joseph P. Scully, P.C.*
  *445 S. Figueroa Street, Ste 3200*
  *Los Angeles, CA 90071*
  *Phone: 213.430.0214*
  *Fax: 213.488.3410*

**[Passenger Tim Donis]**
- **Tim Donis**
  *c/o Law Offices of David R. Brien*
  *23801 Calabasas Road, Ste 1006*
  *Calabasas, CA 91302*
  *Phone: 818.222.2050*
  *Fax: 818.222.6894*

**[Passenger Scott Doran]**
- **Scott Doran**
  *c/o Solomon, Saltsman & Jamieson*
  *426 Culver Blvd.*
  *Playa del Rey, CA 90293*
  *Phone: 310.822.9848*
  *Fax: 310.822.3512*
- **Cordelia G. Doran**
  *c/o Solomon, Saltsman & Jamieson*
  *426 Culver Blvd.*
  *Playa del Rey, CA 90293*
  *Phone: 310.822.9848*
  *Fax: 310.822.3512*

**[Passenger Alfred Dutra]**
- **Alfred Dutra**
  *c/o Oldman, Gooley, Leighton, Sallas & Gold*
  *16133 Ventura Blvd., Penthouse Ste A*
  *Encino, CA 91436-2408*
  *Phone: 818.986.8080*
  *Fax: 818.789.0947*

  *c/o Howard Gold, A Professional Law Corporation*
  *484 Mobil Ave., Ste 21*
  *Camarillo, CA 93010-6303*
  *Phone: 805.388.8800*
  *Fax: 805.987.7058*

**[Passenger John Mark Ebert]**
- **John Mark Ebert**
  *c/o Ferguson Case Orr Paterson*
  *1050 South Kimball Road*
  *Ventura, CA 93004*
  *Phone: 805.659.6800*
  *Fax: 805.659.6818*
- **Susan Ebert**
  *c/o Ferguson Case Orr Paterson*
  *1050 South Kimball Road*
  *Ventura, CA 93004*
  *Phone: 805.659.6800*
  *Fax: 805.659.6818*

**[Passenger Paulo Cesar Reyes Espinosa]**
- **Paulo Cesar Reyes Espinosa**
  *c/o Mgdesyan & Taheripour*
  *15233 Ventura Blvd., Penthouse 10*
  *Sherman Oaks, CA 91403*
  *Phone: 818.386.6777*
  *Fax: 818.754.6778*

**[Passenger Frederick Stephen Fetchet]**

- **Frederick Stephen Fetchet**
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

- **Catherine S. Fetchet**
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

**[Passenger Eric G. Forbes]**

- **Eric G. Forbes**
  *c/o Law Offices of David Sean Dufek*
  *2855 Camino Del Rio North Ste 110*
  *San Diego, CA 92108*
  *Phone: 619.299.1709*
  *Fax: 619.299.1951*

**[Passenger John Freel]**

- **John Freel**
  *c/o Baum Hedlund Aristei & Goldman*
  *12100 Wilshire Blvd., Ste 950*
  *Los Angeles, CA 90025-7114*
  *Phone: 310.207.3233*
  *Fax: 310.820.7444*

- **Evelyn Freel**
  *c/o Baum Hedlund Aristei & Goldman*
  *12100 Wilshire Blvd., Ste 950*
  *Los Angeles, CA 90025-7114*
  *Phone: 310.207.3233*
  *Fax: 310.820.7444*

**[Passenger Walter Arney Fuller]**
- **Estate of Walter Arney Fuller**
  *c/o Hiepler & Hiepler*
  *500 Esplanade Drive, Ste 1550*
  *Oxnard, CA 93036*
  *Phone: 805.988.5833*
  *Fax: 805.988.5828*
- **Jennifer Anne Fuller**, individually and as successor in interest to Walter Arney Fuller
  *c/o Hiepler & Hiepler*
  *500 Esplanade Drive, Ste 1550*
  *Oxnard, CA 93036*
  *Phone: 805.988.5833*
  *Fax: 805.988.5828*
- **Kelly Ann Loftis**, individually and as successor in interest to Walter Arney Fuller
  *c/o Hiepler & Hiepler*
  *500 Esplanade Drive, Ste 1550*
  *Oxnard, CA 93036*
  *Phone: 805.988.5833*
  *Fax: 805.988.5828*
- **Kristi Fuller**, individually and as successor in interest to Walter Arney Fuller
  *c/o Hiepler & Hiepler*
  *500 Esplanade Drive, Ste 1550*
  *Oxnard, CA 93036*
  *Phone: 805.988.5833*
  *Fax: 805.988.5828*
- **Casey Fuller**, individually and as successor in interest to Walter Arney Fuller
  *c/o Hiepler & Hiepler*
  *500 Esplanade Drive, Ste 1550*
  *Oxnard, CA 93036*
  *Phone: 805.988.5833*
  *Fax: 805.988.5828*

**[Passenger Patricia Galtress]**
- **Patricia Galtress**
  *c/o Baum Hedlund Aristei & Goldman*
  *12100 Wilshire Blvd., Ste 950*
  *Los Angeles, CA 90025-7114*
  *Phone: 310.207.3233*
  *Fax: 310.820.7444*

**[Passenger Budiman Gondosubroto]**
- **Budiman Gondosubroto**
  *c/o Kiesel Boucher Larson LLP*
  *8648 Wilshire Blvd.*
  *Beverly Hills, CA 90211*
  *Phone: 310.854.4444*
  *Fax: 310.854.0812*

**[Passenger Carmen Gonzalez]**
- **Carmen Gonzalez**
  *c/o Greene Broillet & Wheeler*
  *100 Wilshire Blvd., 21st Floor*
  *Santa Monica, CA 90401-1162*
  *Phone: 310.576.1200*
  *Fax: 310.576.1220*

**[Passenger Ronald Grace]**

- **Estate of Ron Grace,** through his Survivors Janice Grace, Brian Grace, and Andrew Grace
  *c/o Girardi Keese*
  *1126 Wilshire Blvd.*
  *Los Angeles, CA 90017*
  *Phone: 213.977.0211*
  *Fax: 213.481.1554*

- **Janice Grace,** individually and as survivor of Ron Grace
  *c/o Girardi Keese*
  *1126 Wilshire Blvd.*
  *Los Angeles, CA 90017*
  *Phone: 213.977.0211*
  *Fax: 213.481.1554*

- **Brian Grace,** individually and as survivor of Ron Grace
  *c/o Girardi Keese*
  *1126 Wilshire Blvd.*
  *Los Angeles, CA 90017*
  *Phone: 213.977.0211*
  *Fax: 213.481.1554*

- **Andrew Grace,** individually and as survivor of Ron Grace
  *c/o Girardi Keese*
  *1126 Wilshire Blvd.*
  *Los Angeles, CA 90017*
  *Phone: 213.977.0211*
  *Fax: 213.481.1554*

**[Passenger Brandon Gray]**

- **Brandon Gray**
  *c/o Law Office of Wayne McClean*
  *24025 Park Sorrento, Ste 220*
  *Calabasas, CA 91302-4006*
  *Phone: 818.225.7007*
  *Fax: 818.225.7557*

  *c/o Law Office of Louis B. Robman*
  *5700 Corsa Avenue, Ste 200*
  *Westlake Village, CA 91362*
  *Phone: 818.706.2543*
  *Fax: 818.706.8738*

- **Sylvia Gray**
  *c/o Law Office of Wayne McClean*
  *24025 Park Sorrento, Ste 220*
  *Calabasas, CA 91302-4006*
  *Phone: 818.225.7007*
  *Fax: 818.225.7557*

  *c/o Law Office of Louis B. Robman*
  *5700 Corsa Avenue, Ste 200*
  *Westlake Village, CA 91362*
  *Phone: 818.706.2543*
  *Fax: 818.706.8738*

[Passenger Seamus Gray]
- **Seamus Gray**
  *4012 Sunset Ave.*
  *Montrose, CA 91020*

[Passenger Karen Hamilton]
- **Karen Hamilton**
  *c/o Scolinos, Sheldon & Nevell*
  *301 North Lake Ave., 7th Floor*
  *Pasadena, CA 91101*
  *Phone: 626.793.3900*
  *Fax: 626.568.0930*

[Passenger Michael Hammersley]
- **Estate of Michael Hammersley**
  *c/o Baum Hedlund Aristei & Goldman*
  *12100 Wilshire Blvd., Ste 950*
  *Los Angeles, CA 90025-7114*
  *Phone: 310.207.3233*
  *Fax: 310.820.7444*
- **Patricia Hammersley,** individually and as successor in interest to the Estate of Michael Hammersley
  *c/o Baum Hedlund Aristei & Goldman*
  *12100 Wilshire Blvd., Ste 950*
  *Los Angeles, CA 90025-7114*
  *Phone: 310.207.3233*
  *Fax: 310.820.7444*

[Passenger Jocelyn Harris]
- **Jocelyn Harris**
  *c/o Law Offices of Andrew L. Ellis & Associates*
  *883 N. Douglas Street*
  *El Segundo, CA 90245*
  *Phone: 310.641.3335*
  *Fax: 310.641.6664*

[Passenger Kimberly Hartzog]
- **Kimberly Hartzong**
  *8655 W. Avenue D 6*
  *Lancaster, CA 93536*

[Passenger Michael Harvey]
- **Michael Harvey**
  *c/o Gergaros Law Group*
  *150 S. Los Robles Avenue, Ste 665*
  *Pasadena, CA 91101*
  *Phone: 626.449.8700*
  *Fax: 626.449.8702*

  *c/o Sine Law Group*
  *801 S. Figueroa Street, 12th Floor*
  *Los Angeles, CA 90017*
  *Phone: 213.417.3661*
  *Fax: 877.341.5578*

**[Passenger Norma Gomez Haverstock]**
- **Norma Gomez Haverstock**
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*
- **Frank Haverstock**
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

**[Passenger Jacob Hefter]**
- **Estate of Jacob Hefter**
  *c/o R. Rex Parris Law Firm*
  *42220 10th Street West, Ste 109*
  *Lancaster, CA 93534*
  *Phone: 661.949.2595*
  *Fax: 661.949.7524*
- **Alan Lee Hefter,** individually and as successor in interest to Jacob Alan Hefter
  *c/o R. Rex Parris Law Firm*
  *42220 10th Street West, Ste 109*
  *Lancaster, CA 93534*
  *Phone: 661.949.2595*
  *Fax: 661.949.7524*
- **Angela Rose Hefter,** individually and as successor in interest to Jacob Alan Hefter
  *c/o R. Rex Parris Law Firm*
  *42220 10th Street West, Ste 109*
  *Lancaster, CA 93534*
  *Phone: 661.949.2595*
  *Fax: 661.949.7524*

**[Passenger Lyrik Hightower]**
- **Lyrik Hightower**
  *Pro per*
  *11015 Budlong Street, Apt. 308*
  *Los Angeles, CA 90044*
  *Phone: 323.328.8909*

**[Passenger Dale Hoagland]**
- **Dale Hoagland**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*
- **Martha Hoagland**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger John Hodgkinson]**
- **John Hodgkinson**
  *c/o Scolinos, Sheldon & Nevell*
  *301 North Lake Ave., 7th Floor*
  *Pasadena, CA 91101*
  *Phone: 626.793.3900*
  *Fax: 626.568.0930*

**[Passenger Chen Wyan "Kari" Hsieh]**
- **Estate of Chen Wyan "Kari" Hsieh,** by its successor in interest Tien Shen Hsieh
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323. 662.6400*
  *Fax: 323.669.8549*
- **Tien Shen Hsieh,** individually and as successor in interest to Estate of Chen Wyan "Kari" Hsieh
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*
- **Hsiu Lien Yeh**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*
- **Sophia Yuan Hsieh**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger James Hugo]**
- **James Hugo**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*
- **Lorraine Hugo**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger Maria Kapamas]**
- **Maria Kapamas**
  *3285 Linhaven Circle*
  *Anaheim, CA 92804*

**[Passenger Gary S. Katzman]**
- **Gary S. Katzman**
  *c/o Law Offices of Ronald M. Katzman*
  *15300 Ventura Blvd., Ste 507*
  *Sherman Oaks, CA 91403*
  *Phone: 818.501.3501*
  *Fax: 818.986.5109*

**[Passenger Ernest "Pete" Kish]**
- **Estate of Ernest Kish**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*
- **Janice M. Kish**, individually and as guardian ad litem to Lori Kish
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*
- **Alex Kish**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*
- **Lori Kish**, a minor, by her guardian ad litem Janice M. Kish
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger Michael Kloster]**
- **Michael Kloster**
  *c/o Girardi Keese*
  *1126 Wilshire Blvd.*
  *Los Angeles, CA 90017*
  *Phone: 213.977.0211*
  *Fax: 213.481.1554*
- **Christi Kloster**
  *c/o Girardi Keese*
  *1126 Wilshire Blvd.*
  *Los Angeles, CA 90017*
  *Phone: 213.977.0211*
  *Fax: 213.481.1554*

**[Passenger Nancy Kniep]**
- **Nancy Kniep**
  *c/o Kiesel Boucher Larson LLP*
  *8648 Wilshire Blvd.*
  *Beverly Hills, CA 90211*
  *Phone: 310.854.4444*
  *Fax: 310.854.0812*

**[Passenger Frank Kohler]**
- **Frank Kohler**
  *c/o Baum Hedlund Aristei & Goldman*
  *12100 Wilshire Blvd., Ste 950*
  *Los Angeles, CA 90025-7114*
  *Phone: 310.207.3233*
  *Fax: 310.820.7444*

**[Passenger Kipp Landis]**
- **Kipp Landis**
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*
- **Charee Landis**
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

**[Passenger Steven Lindell]**
- **Steven Lindell**
  *c/o Pocrass, Heimanson & Wolf*
  *1875 Century Park East, Ste 1750*
  *Los Angeles, CA 90067*
  *Phone: 310.550.9050*
  *Fax: 310.550.9051*

**[Passenger Gregory Lintner]**
- **Estate of Gregory Lintner**
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*
- **Michelle Lintner,** individually, as guardian ad litem for Andrew Gregory Lintner
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*
- **Andrew Gregory Lintner,** a minor, by his guardian ad litem Michelle Lintner
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

**[Passenger Devin M. Long]**
- **Devin M. Long,** a minor, by his guardian ad litem, Karen S. Long
  *c/o Law Offices of Dale M. Kornreich*
  *2820 Camino Dos Rios, Ste 301*
  *Thousand Oaks, CA 91320-1136*
  *Phone: 805.498.1100, 800.498.7133*
  *Fax: 805.375.7302*

**[Passenger Karen S. Long]**
- **Karen S. Long**
  *c/o Law Offices of Dale M. Kornreich*
  *2820 Camino Dos Rios, Ste 301*
  *Thousand Oaks, CA 91320-1136*
  *Phone: 805.498.1100, 800.498.7133*
  *Fax: 805.375.7302*

**[Passenger Paul Long]**
- **Estate of Paul S. Long**
  *c/o Law Offices of Dale M. Kornreich*
  *2820 Camino Dos Rios, Ste 301*
  *Thousand Oaks, CA 91320-1136*
  *Phone: 805.498.1100, 800.498.7133*
  *Fax: 805.375.7302*
- **Karen S. Long**, individually, as guardian ad litem of Devin M. Long, and as Surviving Heir and successor in interest to Paul S. Long
  *c/o Law Offices of Dale M. Kornreich*
  *2820 Camino Dos Rios, Ste 301*
  *Thousand Oaks, CA 91320-1136*
  *Phone: 805.498.1100, 800.498.7133*
  *Fax: 805.375.7302*
- **Devin M. Long**, a minor, by his guardian ad litem Karen S. Long, individually and as Surviving Heir and successor in interest to Paul S. Long
  *c/o Law Offices of Dale M. Kornreich*
  *2820 Camino Dos Rios, Ste 301*
  *Thousand Oaks, CA 91320-1136*
  *Phone: 805.498.1100, 800.498.7133*
  *Fax: 805.375.7302*

**[Passenger Kathryn Longawa]**
- **Kathryn Longawa**
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

**[Passenger Steve Longhorn]**
- **Steve Longhorn**

[Passenger Gary Lopez]
- **Gary Lopez**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*
- **Sandra Lopez**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

[Passenger Manual Macias Jr.]
- **Estate of Manuel Macias Jr.,** by its successor in interest Cynthia Macias
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*
- **Cynthia Macias,** individually and as successor in interest to Manuel Macias Jr.
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

[Passenger Victoria Madison]
- **Victoria Madison**
  *c/o Law Offices of Alek Zeven*
  *8484 Wilshire Blvd., Ste 525*
  *Beverly Hills, CA 90211*
  *Phone: 323.655.5520*

[Passenger Aida Magdaleno]
- **Estate of Aida Magdaleno**
  *c/o Kiesel Boucher Larson LLP*
  *8648 Wilshire Blvd.*
  *Beverly Hills, CA 90211*
  *Phone: 310.854.4444*
  *Fax: 310.854.0812*
- **Juvenal Magdaleno**
  *c/o Kiesel Boucher Larson LLP*
  *8648 Wilshire Blvd.*
  *Beverly Hills, CA 90211*
  *Phone: 310.854.4444*
  *Fax: 310.854.0812*
- **Leticia Magdaleno**
  *c/o Kiesel Boucher Larson LLP*
  *8648 Wilshire Blvd.*
  *Beverly Hills, CA 90211*
  *Phone: 310.854.4444*
  *Fax: 310.854.0812*

**[Passenger Leslie Mainwal]**
- **Leslie Mainwal**
  *c/o Rehwald Glasner & Chaleff*
  *5855 Topanga Canyon Blvd., Ste 400*
  *Woodland Hills, CA 91367*
  *Phone: 818.703.7500*
  *Fax: 818.703.7498*

**[Passenger Antonio Martinez Jr.]**
- **Antonio Martinez Jr.**
  *c/o Kiesel Boucher Larson LLP*
  *8648 Wilshire Blvd.*
  *Beverly Hills, CA 90211*
  *Phone: 310.854.4444*
  *Fax: 310.854.0812*

**[Passenger Blesilda Masatani]**
- **Blesilda Masatani**
  *733 W. Dryden St.*
  *Glendale, CA 91202*

**[Passenger Michael McDonald]**
- **Michael McDonald**
  *c/o Cheong, Denove, Rowell & Bennett*
  *10100 Santa Monica Blvd., Ste 2460*
  *Los Angeles, CA 90067*
  *Phone: 310.277.4857*
  *Fax: 310.277.5254*
- **Victoria McDonald**
  *c/o Cheong, Denove, Rowell & Bennett*
  *10100 Santa Monica Blvd., Ste 2460*
  *Los Angeles, CA 90067*
  *Phone: 310.277.4857*
  *Fax: 310.277.5254*

**[Passenger Michael R. McReynolds]**
- **Michael McReynolds**
  *c/o Law Offices of Berglund & Johnson*
  *21550 Oxnard Street, Ste 900*
  *Woodland Hills, CA 91367*
  *Phone: 818.922.1500*
  *Fax:818.922.1541*
- **Kathy McReynolds**
  *c/o Law Offices of Berglund & Johnson*
  *21550 Oxnard Street, Ste 900*
  *Woodland Hills, CA 91367*
  *Phone: 818.922.1500*
  *Fax:818.922.1541*

**[Passenger Theresa Meehan]**
- **Theresa Meehan**
  *133 S. Dunning Street*
  *Ventura, CA 93003*

EAST\43314684.1

**[Passenger Paula A. Mills]**
- **Paula A. Mills**
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*
- **Robert Randall**
  *4234 Laurelhurst Road*
  *Moorpark, CA 93021*

**[Passenger Rachael Mofya]**
- **Rachael Mofya**
  *c/o Law Offices of Michael L. McQueen*
  *1000 Paseo Camarillo, Ste 126*
  *Camarillo, CA 93010*
  *Phone: 805.445.9751*
  *Fax: 805.445.9537*

**[Passenger Beverley Mosley]**
- **Estate of Beverly Mosley**
  *c/o Casper, Meadows, Schwartz & Cook*
  *California Plaza, 2121 North California Blvd., Ste 1020*
  *Walnut Creek, CA 94596*
  *Phone: 925.947.1147*
  *Fax: 925.947.1131*
- **Thomasina M. Mosley**
  *c/o Casper, Meadows, Schwartz & Cook*
  *California Plaza, 2121 North California Blvd., Ste 1020*
  *Walnut Creek, CA 94596*
  *Phone: 925.947.1147*
  *Fax: 925.947.1131*
- **Nicole P. Mosley**, individually and as guardian ad litem for Kingston S. Ifield
  *c/o Casper, Meadows, Schwartz & Cook*
  *California Plaza, 2121 North California Blvd., Ste 1020*
  *Walnut Creek, CA 94596*
  *Phone: 925.947.1147*
  *Fax: 925.947.1131*
- **Kingston S. Ifield**, a minor, by his guardian ad litem Nicole P. Mosley
  *c/o Casper, Meadows, Schwartz & Cook*
  *California Plaza, 2121 North California Blvd., Ste 1020*
  *Walnut Creek, CA 94596*
  *Phone: 925.947.1147*
  *Fax: 925.947.1131*

**[Passenger Richard Myles]**
- **Richard Myles**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*
- **Helen Myles**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger Marcia Nalivansky]**
- **Marcia Nalivansky**
  *c/o Magaña, Cathcart & McCarthy*
  *1801 Avenue of the Stars, Ste 600*
  *Los Angeles, CA 90067-5908*
  *Phone: 310.553.6630*
  *Fax: 310.407.2295*

  *c/o Kaplan Law Corporation*
  *1801 Avenue of the Stars, Ste 600*
  *Los Angeles, CA 90067-5908*
  *Phone: 310.407.2265*
  *Fax: 310.407.2295*
- **Albert Nalivansky**
  *c/o Magaña, Cathcart & McCarthy*
  *1801 Avenue of the Stars, Ste 600*
  *Los Angeles, CA 90067-5908*
  *Phone: 310.553.6630*
  *Fax: 310.407.2295*

  *c/o Kaplan Law Corporation*
  *1801 Avenue of the Stars, Ste 600*
  *Los Angeles, CA 90067-5908*
  *Phone: 310.407.2265*
  *Fax: 310.407.2295*

**[Passenger Norman Nicholson]**
- **Norman Nicholson**
  *c/o Magaña, Cathcart & McCarthy*
  *1801 Avenue of the Stars, Ste 600*
  *Los Angeles, CA 90067-5908*
  *Phone: 310.553.6630*
  *Fax: 310.407.2295*

  *c/o Kaplan Law Corporation*
  *1801 Avenue of the Stars, Ste 600*
  *Los Angeles, CA 90067-5908*
  *Phone: 310.407.2265*
  *Fax: 310.407.2295*

**[Passenger Francisco Ocampo]**
- **Francisco Ocampo**
  *c/o Kiesel Boucher Larson LLP*
  *8648 Wilshire Blvd.*
  *Beverly Hills, CA 90211*
  *Phone: 310.854.4444*
  *Fax: 310.854.0812*

**[Passenger Leonardo Pabro]**
- **Leonardo Pabro**
  *c/o Law Offices of Yigal J. Torem*
  *16501 Ventura Blvd.*
  *Encino, CA 91436*
  *Phone: 818.906.8200*

**[Passenger Gina Paduano]**
- **Gina Paduano**
  *c/o Kiesel Boucher Larson LLP*
  *8648 Wilshire Blvd.*
  *Beverly Hills, CA 90211*
  *Phone: 310.854.4444*
  *Fax: 310.854.0812*

**[Passenger Teneal Page]**
- **Teneal Page**
  *c/o Lopez McHugh LLP*
  *100 Bayview Circle, Ste 5600*
  *Newport Beach, CA 92660*
  *Phone: 949.737.1501*
  *Fax: 949.737.1504*

**[Passenger James A. Paulson]**
- **James A. Paulson**
  *c/o The Crow Law Firm*
  *100 West Foothill Blvd., Ste 201*
  *San Dimas, CA 91773-1170*
  *Phone: 909.599.2295*
  *Fax: 909.394.3425*
- **Nanci Paulson**
  *c/o The Crow Law Firm*
  *100 West Foothill Blvd., Ste 201*
  *San Dimas, CA 91773-1170*
  *Phone: 909.599.2295*
  *Fax: 909.394.3425*

**[Passenger Charles E. Peck]**

- **Estate of Charles E. Peck**
  *c/o Timothy J. Ryan & Associates*
  *8072 Warner Ave.*
  *Huntington Beach, CA 92647*
  *Phone: 714.891.4444*
  *Fax: 714.891.5802*

- **Charles E. Peck Jr.**
  *c/o Timothy J. Ryan & Associates*
  *8072 Warner Ave.*
  *Huntington Beach, CA 92647*
  *Phone: 714.891.4444*
  *Fax: 714.891.5802*

- **Daniel John Peck**
  *c/o Timothy J. Ryan & Associates*
  *8072 Warner Ave.*
  *Huntington Beach, CA 92647*
  *Phone: 714.891.4444*
  *Fax: 714.891.5802*

- **Rachel Renee Peck**, an incompetent adult, by her guardian ad litem Maria Peck
  *c/o Timothy J. Ryan & Associates*
  *8072 Warner Ave.*
  *Huntington Beach, CA 92647*
  *Phone: 714.891.4444*
  *Fax: 714.891.5802*

- **Maria Peck**, as guardian ad litem for Rachel Renee Peck
  *c/o Timothy J. Ryan & Associates*
  *8072 Warner Ave.*
  *Huntington Beach, CA 92647*
  *Phone: 714.891.4444*
  *Fax: 714.891.5802*

- **Andrea Katz**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger John Perdigao]**

- **John Perdigao**
  *c/o Rehwald Glasner & Chaleff*
  *5855 Topanga Canyon Blvd., Ste 400*
  *Woodland Hills, CA 91367*
  *Phone: 818.703.7500*
  *Fax: 818.703.7498*

**[Passenger Arnold Peterson]**
- **Arnold Peterson**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*
- **Anna Peterson**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger Charles Pfhul]**
- **Charles Pfhul**
  *2617 Carlton Pl.*
  *Riverside, CA 92507*

**[Passenger Howard Pompel]**
- **Estate of Howard Pompel**
- **Rebecca Pompel**
  *c/o George A. Manus*
  *516 Pennsfield Place #104*
  *Thousand Oaks, CA 91360*
  *Phone: 805.371.5739*
  *Fax: 805.371.5741*
- **Stuart Pompel**
  *c/o Aitken Aitken Cohn*
  *3 Macarthur Place, Ste 800*
  *Santa Ana, CA 92707-2555*
  *Phone: 714.434.1424*
  *Fax: 714.434.3600*
- **Barry Winston**
  *c/o George A. Manus*
  *516 Pennsfield Place #104*
  *Thousand Oaks, CA 91360*
  *Phone: 805.371.5739*
  *Fax: 805.371.5741*
- **Clifford Pompel**
  *c/o Law Offices of Rosen, Ocampo & Fontes*
  *4323 N. 12th Street, Ste 104*
  *Phoenix, Arizona 85014*
  *Phone: 602.263.9111*
  *Fax: 602.263.9297*
- **Annette Conway**
  *11244 Yarmouth Ave*
  *Granada Hills, CA 91344*
- **Allie Parnell**
  *575 W 27th Ave.*
  *Eugene, OR 97405-2746*

**[Passenger Philip M. Pratt]**
- **Philip M. Pratt**
  c/o Sinder & Koch
  700 N. Brand Blvd., Ste 400
  Glendale, CA 91203
  Phone: 818.760.0100
  Fax: 818.760.0103

**[Passenger Laura Prieto Ramirez]**
- **Laura Prieto Ramirez**
  c/o Panish Shea and Boyle, LLP
  11111 Santa Monica Blvd., Ste 700
  Los Angeles, CA 90025
  Phone: 310.477.1700
  Fax: 310.477.1699

  c/o Ringler, Kearney Alvarez
  633 West Fifth St, 28th Floor
  Los Angeles, CA 90071
  Phone: 213.473.1900
  Fax: 213.473.1919

**[Passenger Aurora Prieto]**
- **Aurora Prieto**
  c/o Panish Shea and Boyle, LLP
  11111 Santa Monica Blvd., Ste 700
  Los Angeles, CA 90025
  Phone: 310.477.1700
  Fax: 310.477.1699

  c/o Ringler, Kearney Alvarez
  633 West Fifth St, 28th Floor
  Los Angeles, CA 90071
  Phone: 213.473.1900
  Fax: 213.473.1919
- **Heliodoro Prieto**
  524 Anacapes Dr.
  Camarillo, CA 91310

**[Passenger Ravindra Ramachandran]**
- **Ravindra Ramachandran**
  c/o Hildebrand McLeod & Nelson LLP
  2000 Riverside Drive
  Los Angeles, CA 90039-3707
  Phone: 323.662.6400
  Fax: 323.669.8549

**[Passenger Carolyn Rambo]**
- **Carolyn Rambo**
  c/o Taylor & Ring
  10900 Wilshire Blvd., Ste 920
  Los Angeles, CA 90024
  Phone: 310.209.4100
  Fax: 310.208.5052

**[Passenger Robyn Rayburn]**
- **Robyn Rayburn**
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

  *c/o Frank J. Iannaconne, Inc.*
  *31355 Oak Crest Drive, Ste 250*
  *Westlake Village, CA 91361*
  *Phone: 818.338.3288*
  *Fax: 818.338.3291*

**[Passenger Judith E. Reel]**
- **Judith Reel**
  *c/o Robert M. Ostrove*
  *5105 E. Los Angeles Ave., Ste 288*
  *Simi Valley, CA 93063*
  *Phone: 805.340.9606*
  *Fax: 805.426.8023*

**[Passenger Donna Lynn Remata]**
- **Estate of Donna Lynn Remata,** by its successor in interest to Donna Lynn Remata
  *c/o Jacobs, Jacobs & Eisfelder LLP*
  *11755 Wilshire Blvd., Ste 2150*
  *Los Angeles, CA 90025*
  *Phone: 310.473.9211 and 310.820.4500*
  *Fax: 310.473.6811 and 310.826.0683*
- **Lawrence G. Remata,** individually, as guardian ad litem for Tiffany Remata, and as successor in interest to Donna Lynn Remata
  *c/o Jacobs, Jacobs & Eisfelder LLP*
  *11755 Wilshire Blvd., Ste 2150*
  *Los Angeles, CA 90025*
  *Phone: 310.473.9211 and 310.820.4500*
  *Fax: 310.473.6811 and 310.826.0683*
- **Lawrence G. Remata II**
  *c/o Jacobs, Jacobs & Eisfelder LLP*
  *11755 Wilshire Blvd., Ste 2150*
  *Los Angeles, CA 90025*
  *Phone: 310.473.9211 and 310.820.4500*
  *Fax: 310.473.6811 and 310.826.0683*
- **Tiffany Remata,** a minor, by her guardian ad litem Lawrence G. Remata
  *c/o Jacobs, Jacobs & Eisfelder LLP*
  *11755 Wilshire Blvd., Ste 2150*
  *Los Angeles, CA 90025*
  *Phone: 310.473.9211 and 310.820.4500*
  *Fax: 310.473.6811 and 310.826.0683*

EAST\43314684.1

-34-

**[Passenger Robert Reeves]**
- **Robert Reeves**

**[Passenger Mike Roark]**
- **Mike Roark**

**[Passenger Chad Russo]**
- **Chad Russo**
    *755 Los Pueblos Dr.*
    *Camarillo, CA 93012*

**[Passenger Mary Sachs]**
- **Mary Sachs**
    *c/o Hildebrand McLeod & Nelson LLP*
    *2000 Riverside Drive*
    *Los Angeles, CA 90039-3707*
    *Phone: 323.662.6400*
    *Fax: 323.669.8549*

**[Passenger Cheryl F. Santor]**
- **Cheryl F. Santor**
    *c/o Manfredi, Levine, Eccles, Miller & Lanson APC*
    *3262 E. Thousand Oaks Blvd., Ste 200*
    *Westlake Village, CA 91362-3400*
    *Phone: 805.379.1919*
    *Fax: 805.379.3819*
- **Louis J. Santor**
    *c/o Manfredi, Levine, Eccles, Miller & Lanson APC*
    *3262 E. Thousand Oaks Blvd., Ste 200*
    *Westlake Village, CA 91362-3400*
    *Phone: 805.379.1919*
    *Fax: 805.379.3819*

**[Passenger Jeremy Schneider]**
- **Jeremy Schneider**
    *c/o Taylor & Ring*
    *10900 Wilshire Blvd., Ste 920*
    *Los Angeles, CA 90024*
    *Phone: 310.209.4100*
    *Fax: 310.208.5052*

**[Passenger Carol Shandor]**
- **Carol Shandor**
    *c/o Hildebrand McLeod & Nelson LLP*
    *2000 Riverside Drive*
    *Los Angeles, CA 90039-3707*
    *Phone: 323.662.6400*
    *Fax: 323.669.8549*

**[Passenger Kumar Shankar]**

- **Kumar Shankar**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

- **Anita Shankar**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger Richard Slavett]**

- **Richard Slavett**
  *c/o Baum Hedlund Aristei & Goldman*
  *12100 Wilshire Blvd., Ste 950*
  *Los Angeles, CA 90025-7114*
  *Phone: 310.207.3233*
  *Fax: 310.820.7444*

**[Passenger Doug Smith]**

- **Doug Smith**
  *c/o Law Office of Robert J. Russo*
  *9000 Sunset Blvd. Ste 1115*
  *Los Angeles, CA 90069*
  *Phone: 310.278.7701*
  *Fax: 310.278.0101*

**[Passenger Doyle Jay Souser]**

- **Estate of Doyle Jay Souser,** by its Executor Claudia Souser
  *c/o Hiepler & Hiepler*
  *500 Esplanade Drive, Ste 1550*
  *Oxnard, CA 93036*
  *Phone: 805.988.5833*
  *Fax: 805.988.5828*

- **Claudia Souser,** individually, as guardian ad litem for Zachary Souser and McKenzie Souser, and as Executor of the Estate of Doyle Jay Souser
  *c/o Hiepler & Hiepler*
  *500 Esplanade Drive, Ste 1550*
  *Oxnard, CA 93036*
  *Phone: 805.988.5833*
  *Fax: 805.988.5828*

- **Kelsey Souser**
  *c/o Hiepler & Hiepler*
  *500 Esplanade Drive, Ste 1550*
  *Oxnard, CA 93036*
  *Phone: 805.988.5833*
  *Fax: 805.988.5828*

- **Zachary Souser,** a minor, by his guardian ad litem Claudia Souser
  *c/o Hiepler & Hiepler*
  *500 Esplanade Drive, Ste 1550*
  *Oxnard, CA 93036*
  *Phone: 805.988.5833*
  *Fax: 805.988.5828*

- **McKenzie Souser,** a minor, by her guardian ad litem Claudia Souser
  *c/o Hiepler & Hiepler*
  *500 Esplanade Drive, Ste 1550*
  *Oxnard, CA 93036*
  *Phone: 805.988.5833*
  *Fax: 805.988.5828*

**[Passenger Roger Spacey]**
- **Estate of Roger Spacey**
  *c/o Kiesel Boucher Larson LLP*
  *8648 Wilshire Blvd.*
  *Beverly Hills, CA 90211*
  *Phone: 310.854.4444*
  *Fax: 310.854.0812*
- **Elizabeth Spacey**, individually and as successor in interest to Roger Spacey
  *c/o Kiesel Boucher Larson LLP*
  *8648 Wilshire Blvd.*
  *Beverly Hills, CA 90211*
  *Phone: 310.854.4444*
  *Fax: 310.854.0812*
- **Christopher Spacey**
  *c/o Kiesel Boucher Larson LLP*
  *8648 Wilshire Blvd.*
  *Beverly Hills, CA 90211*
  *Phone: 310.854.4444*
  *Fax: 310.854.0812*
- **Matthew Spacey**
  *c/o Kiesel Boucher Larson LLP*
  *8648 Wilshire Blvd.*
  *Beverly Hills, CA 90211*
  *Phone: 310.854.4444*
  *Fax: 310.854.0812*

**[Passenger Tim Stafford]**
- **Tim Stafford**
  *Phone: 818.331.8896*

**[Passenger Eric Summers]**
- **Eric Summers**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger Sheldon Swickard]**
- **Sheldon Swickard**
  *c/o Hiepler & Hiepler*
  *500 Esplanade Drive, Ste 1550*
  *Oxnard, CA 93036*
  *Phone: 805.988.5833*
  *Fax: 805.988.5828*
- **Janise Swickard**
  *c/o Hiepler & Hiepler*
  *500 Esplanade Drive, Ste 1550*
  *Oxnard, CA 93036*
  *Phone: 805.988.5833*
  *Fax: 805.988.5828*

EAST\43314684.1

**[Passenger Greg Tevis]**
- **Greg Tevis**
  *1024 Pan Ct.*
  *Newbury Park, CA 91320-3579*

**[Passenger Phillip Thiele]**
- **Phillip Thiele**
  *c/o Baum Hedlund Aristei & Goldman*
  *12100 Wilshire Blvd., Ste 950*
  *Los Angeles, CA 90025-7114*
  *Phone: 310.207.3233*
  *Fax: 310.820.7444*
- **Magda Thiele**
  *c/o Baum Hedlund Aristei & Goldman*
  *12100 Wilshire Blvd., Ste 950*
  *Los Angeles, CA 90025-7114*
  *Phone: 310.207.3233*
  *Fax: 310.820.7444*

**[Passenger Gracilda Tejero Tiu]**
- **Gracilda Tejero Tiu**
  *c/o Law Offices of Ledger & Associates*
  *100 Bayview Circle, Ste 315*
  *Newport Beach, CA 92660*
  *Phone: 949.442.4333*
  *Fax: 800.442.2502*
- **Jay Tiu**
  *c/o Law Offices of Ledger & Associates*
  *100 Bayview Circle, Ste 315*
  *Newport Beach, CA 92660*
  *Phone: 949.442.4333*
  *Fax: 800.442.2502*
- **Pomenio D. Tejero**
  *c/o Law Offices of Ledger & Associates*
  *100 Bayview Circle, Ste 315*
  *Newport Beach, CA 92660*
  *Phone: 949.442.4333*
  *Fax: 800.442.2502*
- **Victoria R. Tejero**
  *c/o Law Offices of Ledger & Associates*
  *100 Bayview Circle, Ste 315*
  *Newport Beach, CA 92660*
  *Phone: 949.442.4333*
  *Fax: 800.442.2502*

**[Passenger Amy Trujillo]**
- **Amy Trujillo**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger Penny Tunney]**

- **Penny Tunney**
  *c/o George M. Rosenberg*
  *12100 Wilshire Blvd., Ste 1250*
  *Los Angeles, CA 90025*
  *Phone: 310.207.0703*
  *Fax: 310.207.0787*

**[Passenger Christina Ventura]**

- **Christina Ventura**
  *c/o Weilbacher & Weilbacher*
  *3639 Harbor Blvd., Ste 103*
  *Ventura, CA 93001*
  *Phone: 805 650 6640*
  *Fax: 805 650 7765*

**[Passenger Victor Villa]**

- **Victor Villa**

**[Passenger Maria E. Villalobos]**

- **Estate of Maria E. Villalobos,** by its successors in interest
  *c/o Law Offices of Jeffrey E. Karpel*
  *4515 Sherman Oaks Avenue*
  *Sherman Oaks, CA 91403*
  *Phone: 818.461.1919*
  *Fax: 818.461.1909*

- **Gonzalo Villalobos,** individually and as successor in interest to Maria E. Villalobos
  *c/o Law Offices of Jeffrey E. Karpel*
  *4515 Sherman Oaks Avenue*
  *Sherman Oaks, CA 91403*
  *Phone: 818.461.1919*
  *Fax: 818.461.1909*

- **Belen Moya Villalobos,** individually and as successor in interest to Maria E. Villalobos
  *c/o Law Offices of Jeffrey E. Karpel*
  *4515 Sherman Oaks Avenue*
  *Sherman Oaks, CA 91403*
  *Phone: 818.461.1919*
  *Fax: 818.461.1909*

**[Passenger Atul Vyas]**
- **Estate of Atul Vyas**
  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*
- **Vijay Vyas,** individually and as successor in interest to Atul Vyas
  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*
- **Ruby Vyas,** individually and as successor in interest to Atul Vyas
  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*
- **Aseem Vyas,** individually and as successor in interest to Atul Vyas
  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

**[Passenger Austin Walbridge]**
- **Austin Walbridge**
  *c/o Oldman, Gooley, Leighton, Sallas & Gold*
  *16133 Ventura Blvd., Penthouse Ste A*
  *Encino, CA 91436-2408*
  *Phone: 818.986.8080*
  *Fax: 818.789.0947*

  *c/o Howard Gold, A Professional Law Corporation*
  *484 Mobil Ave., Ste 21*
  *Camarillo, CA 93010-6303*
  *Phone: 805.388.8800*
  *Fax: 805.987.7058*

**[Passenger Dr. Mandy J. Ward]**
- **Dr. Many J. Ward**
  *c/o Law Offices of Gary A. Angel*
  *177 Post Street, Eighth Floor*
  *San Francisco, CA 94108*
  *Phone: 415.788.5935*
  *Fax: 415.788.5958*

**[Passenger Kristen Waterbury]**
- **Kristen Waterbury**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

EAST\43314684.1

**[Passenger Beatrice Watts]**
- **Beatrice Watts**
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*
- **Paul Watts**
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

**[Passenger Eric Welling]**
- **Eric Welling**
  *c/o Baum Hedlund Aristei & Goldman*
  *12100 Wilshire Blvd., Ste 950*
  *Los Angeles, CA 90025-7114*
  *Phone: 310.207.3233*
  *Fax: 310.820.7444*
- **Anna Welling**
  *c/o Baum Hedlund Aristei & Goldman*
  *12100 Wilshire Blvd., Ste 950*
  *Los Angeles, CA 90025-7114*
  *Phone: 310.207.3233*
  *Fax: 310.820.7444*

**[Passenger Curtis Whitney]**
- **Curtis Whitney**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger Michael Widerkehr (sometimes Weiderkehr)]**

- **Michael Widerkehr** (sometimes Weiderkehr)
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

- **Helen Widerkehr** (sometimes Weiderkehr)
  *c/o Panish Shea and Boyle, LLP*
  *11111 Santa Monica Blvd., Ste 700*
  *Los Angeles, CA 90025*
  *Phone: 310.477.1700*
  *Fax: 310.477.1699*

  *c/o Ringler, Kearney Alvarez*
  *633 West Fifth St, 28th Floor*
  *Los Angeles, CA 90071*
  *Phone: 213.473.1900*
  *Fax: 213.473.1919*

**[Passenger Jeff Zoumbaris]**

- **Jeff Zoumbaris**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

- **Barbara Zoumbaris**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

**[Passenger Vincent P. Zurzolo]**

- **Vincent P. Zurzolo**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

- **Dana Zurzolo**
  *c/o Hildebrand McLeod & Nelson LLP*
  *2000 Riverside Drive*
  *Los Angeles, CA 90039-3707*
  *Phone: 323.662.6400*
  *Fax: 323.669.8549*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY dba Metrolink and CONNEX RAILROAD LLC | **DEFENDANTS**<br>LETICIA MAGDALENO, et al. |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Jeffrey M. Shohet (Bar No. 067529)<br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>(619) 699-2700 | Attorneys (If Known)<br>Paul R. Kiesel<br>Kiesel Boucher Larson LLP<br>8648 Wilshire Blvd.<br>Beverly Hills, CA 90211-2910<br>(310) 854-4444 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Federal statutory interpleader pursuant to 28 U.S.C. § 1335 (with minimal diversity)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV10  6365**

**FOR OFFICE USE ONLY:**   Case Number:

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes

If yes, list case number(s): Southern California Regional Rail Authority dba Metrolink v. Connex, CV08-06987 GW (JCx)

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☒ A. Arise from the same or closely related transactions, happenings, or events; or

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | Illinois |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, Ventura, and possibly others | Utah; Nevada |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date August 25, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com