NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY dba Metrolink and CONNEX RAILROAD LLC,<br><br>   Plaintiffs/Interpleader Fund Creators,<br><br>   v.<br><br>LETICIA MAGDALENO and JUVENAL MAGDALENO, individuals; additional named defendants listed in Exhibit A; and Does 1 through 200, inclusive,<br><br>   Defendants/Interpleader Fund Claimants. | CASE NO. 2:10-cv-06365-PA-SH<br><br>**PARTIAL FINAL JUDGMENT**<br><br>Date:  December 9, 2010<br>Time:  8:30 a.m.<br>Dept:  10<br>Judge: Hon. George H. Wu |

On November 8, 2010, Plaintiffs Southern California Regional Rail Authority dba Metrolink ("SCRRA") and Connex Railroad LLC ("Connex") (collectively, "Plaintiffs") moved for an order discharging them and the "Released Parties"[1] from further liability to Interpleader Fund Claimants, defined as all persons, known or unknown, asserting claims, or who may assert claims in the future, based on injury, death, or other damages suffered by passengers in the Chatsworth Metrolink Collision on September 12, 2008 ("Claimants").  The Court granted the motion and entered an order discharging Plaintiffs and the Released Parties from all claims made by Claimants or others based on injury to or death of any passengers arising from the Chatsworth collision.  Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that:

Partial final judgment pursuant to Fed R. Civ. Pro. 54(b) is entered in favor of SCRRA and Connex.  SCRRA, Connex, and the Released Parties are hereby discharged from liability to Claimants and all others claiming damages on account of the death of or injury to passengers arising from the Chatsworth rail collision on September 12, 2008, as set forth in this Court's Order of December 9, 2010.  All parties shall bear their own costs and attorneys fees.

Dated:  January 3, 2011

By _____
GEORGE H. WU, U.S. District Judge

---

[1] "Released Parties" means Plaintiffs and all other persons and entities who have been sued by Claimants for death, injury or other damages as a result of the Chatsworth Accident, and/or who fall within the definition contained in 49 U.S.C. § 28103(e)(1), and specifically includes, but is not limited to, Plaintiffs, the Los Angeles County Metropolitan Transportation Authority, the member agencies of the Southern California Regional Rail Authority, Veolia Transportation, Inc., Union Pacific Railroad Company, BNSF Railway Company, Bombardier Transit Corporation, Herzog Contracting, and Mass Electric Construction Corporation and their respective officers, agents, employees and affiliates.