UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-6365-GW(JCx) | Date | January 20, 2011 |
| Title | *Southern California Regional Rail Authority, et al. v. Leticia Magdaleno, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher M. Young<br>Ryan K. Marden | Paul R. Kiesel |

**PROCEEDINGS: STATUS CONFERENCE**

Final (proposed) judgment will be filed by noon on February 8, 2011. The Status Conference is continued to **February 10, 2011 at 8:30 a.m.**

: 03

Initials of Preparer JG