MADE JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY dba Metrolink and CONNEX RAILROAD LLC,<br><br>Plaintiffs/Interpleader Fund Creators,<br><br>v.<br><br>LETICIA MAGDALENO and JUVENAL MAGDALENO, individuals; additional named defendants listed in Exhibit A; and Does 1 through 200, inclusive,<br><br>Defendants/Interpleader Fund Claimants. | CASE NO. 2:10-cv-06365-GW (JCx)<br><br>**FINAL JUDGMENT**<br><br>Dept: 10<br>Judge: Hon. George H. Wu |

DLA Piper LLP (US)
Los Angeles

[KBL File: 00245836/]
EAST\44217986.1

FINAL JUDGMENT
2:10-CV-06365-PA-SH

1  This action came on for hearing on February 10, 2011, Hon. George H. Wu,
2  presiding, upon the request of Defendants and Interpleader Fund Claimants
3  ("Claimants") for entry of an allocation order transferring jurisdiction over the
4  interpleader funds to the Superior Court of the State of California, County of Los
5  Angeles.

6  This action was jointly initiated by Plaintiffs Southern California Regional
7  Rail Authority and Connex Railroad LLC ("Plaintiffs") on August 30, 2010, in
8  order to resolve all claims for liability, indemnity or contribution against the
9  Plaintiffs and the Released Parties[1] based on injury, death, or other damages
10 suffered by passengers in the collision of Metrolink Train 111 with a Union Pacific
11 freight train on September 12, 2008 (the "Chatsworth Collision"). On January 3,
12 2011, this Court granted Plaintiffs' Motion for Discharge and entered partial final
13 judgment as to Plaintiffs, thereby forever discharging Plaintiffs and the Released
14 Parties from all liability as described therein. Judgment as to Plaintiffs is final and
15 the time in which to file an appeal has passed.

16 However, the Court's jurisdiction continues with respect to the interpleader
17 funds and Claimants, each of whom maintains competing claims to the funds.
18 Claimants agreed that the Superior Court of the State of California, County of Los
19 Angeles should assume authority to adjudicate and oversee the allocation of the
20 Interpleader Funds, making all determinations regarding the allocation of the
21 Interpleader Funds and accrued interest, or any portion thereof, to the individual
22 Claimants, and requested that this Court enter an order to that effect. On February
23 10, 2011, the Court granted Claimants' request for entry of an allocation order
24 transferring jurisdiction over the interpleader funds to the Superior Court for the

---

[1] "Released Parties" shall mean Plaintiffs and all other persons and entities who have been sued by Claimants for death, injury or other damages as a result of the Chatsworth Accident, and/or who fall within the definition contained in 49 U.S.C. § 28103(e)(1), and specifically includes, but is not limited to, Plaintiffs, the Los Angeles County Metropolitan Transportation Authority, the member agencies of the Southern California Regional Rail Authority, Veolia Transportation, Inc., Union Pacific Railroad Company, BNSF Railway Company, Bombardier Transit Corporation, Herzog Contracting, and Mass Electric Construction Corporation and their respective officers, agents, employees and affiliates

DLA PIPER LLP (US)
LOS ANGELES
[KBL File: 00245836/]
EAST\44217986.1
-1-
FINAL JUDGMENT
2:10-CV-06365-PA-SH

County of Los Angeles. Having granted the requested relief,

IT IS ORDERED, ADJUDGED AND DECREED that final judgment shall be and is hereby entered. The allocation of the interpleader fund to each claimant is transferred to and assumed by the Superior Court of the State of California for the County of Los Angeles.

Dated: February 10, 2011

By _____
United States District Court Judge

DLA PIPER LLP (US)
LOS ANGELES

[KBL File: 00245836/]
EAST\44217986.1

-2-

FINAL JUDGMENT
2:10-CV-06365-PA-SH